UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIM. NO. 03-CR-10317-JLT |
| ) | |
| ) | VIOLATIONS: |
| v.                                  ) | Ct. 1: 18 U.S.C. § 922 (g)(1)- |
| ) | Felon in Possession |
| ) | of Firearms |
| (1) JOHN M. PAKALA          ) | Ct. 2: 18 U.S.C. § 922(j) |
| (2) ANGEL GONZALES        ) | Possession and Sale of |
| a/k/a Porky                          ) | Stolen Firearms |
| Defendants.   ) | Ct. 3: 18 U.S.C. § 922(a)(1)(A) |
| ) | Unlicensed Dealing in Firearms |
| ) | |

## SUPERSEDING INDICTMENT

**COUNT ONE:** (18 U.S.C. § 922(g)(1) -- Felon in Possession of Firearms)

The Grand Jury charges that:

On or about June 18, 2003, at Chelsea, in the District of Massachusetts,

### JOHN M. PAKALA

the defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce firearms, to wit:

(1)    a Heckler and Koch 9 mm pistol bearing serial number 24-049373;

(2)    a Colt .45 caliber pistol bearing serial number 70B31251;

(3)    a Colt .45 caliber pistol bearing serial number FN32227; and

(4)    a Ruger .44 caliber revolver bearing serial number 500-81258.

All in violation of Title 18, United States Code, Section 922(g)(1).

**COUNT TWO:** (18 U.S.C. § 922(j) -- Possession and Sale of Stolen Firearms)

The Grand Jury charges that:

On or about June 18, 2003, at Chelsea, in the District of Massachusetts,

### JOHN M. PAKALA and
### ANGEL GONZALES a/k/a Porky

the defendants herein, did knowingly possess, sell, and dispose of stolen firearms, and did aid and abet the sale and disposal of stolen firearms, to wit:

(1) a Heckler and Koch 9 mm pistol bearing serial number 24-049373;

(2) a Colt .45 caliber pistol bearing serial number 70B31251;

(3) a Colt .45 caliber pistol bearing serial number FN32227; and

(4) a Ruger .44 caliber revolver bearing serial number 500-81258;

which firearms had been shipped or transported in interstate commerce, knowing and having reasonable cause to believe that the firearms were stolen.

All in violation of Title 18, United States Code, Sections 922(j) and 2.

**COUNT THREE:** (18 U.S.C. § 922(a)(1) (A)-- Unlicensed Dealing in Firearms)

The Grand Jury charges that:

Between on or about June 18, 2003, and on or about June 25, 2003, the exact date being unknown to the grand jury, at Chelsea, in the District of Massachusetts,

**JOHN M. PAKALA and**
**ANGEL GONZALES a/k/a Porky**

the defendants herein, neither defendant being a licensed importer, licensed manufacturer, or licensed dealer, did knowingly engage in the business of dealing in firearms and did aid and abet engaging in the business of dealing in firearms.

All in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.

A TRUE BILL

*[signature] Edward J. Murphy 12/3/03*
FOREPERSON OF THE GRAND JURY


*[signature] Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney


DISTRICT OF MASSACHUSETTS          December __3__, 2003

Returned into the District Court by the Grand Jurors and filed.

*[signature]*
Deputy Clerk  2:35pm