## MAGISTRATE JUDGE CLERK NOTES

Magistrate Judge: __Charles B. Swartwood, III__   Date: __January 6, 2004__

Courtroom Clerk: __Roland__   Tape Number: __10:45 A__ Time In Court: __15 min__

Case: USA v. __Angel Gonzales__   Case Number: __03-10317 JLT__

AUSA: __Casey for Bower__   Defense Counsel: __Markham__

PTSO/PO: _____   Court Reporter: _____

### TYPE OF HEARING

| | |
|---|---|
| [ ] **Initial Appearance** | [X] **Arraignment** |
| [ ] Arrested:  [ ] on warrant  [ ] on probable cause | [X] Defendant Waived Reading of Indictment |
| [ ] Defendant Sworn | [X] Defendants Pleads Not Guilty to Count __2 & 3__ |
| [ ] Advised of Charges | [ ] **Removal Hearing/Rule 40** |
| [ ] Advised of Rights | [ ] Defendant Waives Identity Hearing |
| [ ] Requests Appointment of Counsel | [ ] Defendant Ordered Removed to Charging District. Order to Issue. |
| [ ] Will Retain Counsel | [ ] Defendant Released, Conditions Remain/Modified/Set |
| [ ] Court Orders Counsel be Appointed | [ ] Identity Established |
| [ ] Government Requests Detention & Continuance | |
| [ ] **Preliminary Examination (Rule 5 or Rule 32.1)** | [ ] **Bail Hearing** |
| [ ] Probable Cause Found | [ ] Bail Revoked, Defendant Ordered Detained |
| [ ] Identity Established | [ ] Defendant Released, Conditions Remain/Modified |
| [ ] Defendant Waives Identity Hearing | [ ] Defendant Released on _____ with Conditions |
| [ ] Defendant Waives Preliminary Examination | - |
| [ ] **Detention Hearing** | [ ] **Miscellaneous Hearings** |
| [ ] Defendant Requests a Continuance | [ ] Attorney Appointment Hearing |
| [ ] Defendant Consents to Voluntary Detention | [ ] Change of Plea (Rule 11) Hearing |
| [ ] Defendant Detained, Order to Issue | [ ] Material Witness Hearing |
| [ ] Defendant Released on _____ with conditions | [ ] Motion Hearing |
| [ ] Detention Taken Under Advisement | [ ] _____ Status Conference |
| | [ ] Other _____ |
| [ ] **Preliminary Probation Revocation Hearing** | |
| [ ] Defendant Ordered Detained | |
| [ ] Defendant Released | |

### CONTINUED PROCEEDINGS

_____ set for _____ at _____

### REMARKS

Case called, Counsel and defendant appear for arraignment, Arraignment held, Dft pleads not guilty to counts 2 & 3, Scheduling Order Issued, Case continued, Time to be excluded, Atty Markham requests that he be housed at Plymouth, Marshals to check into this matter