UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>)<br>v.            )<br>)<br>)<br>)<br>)<br>ANGEL GONZALES a/k/a "Porky"   )<br>) | Criminal No. 03-10317-JLT |

NOTICE OF INITIAL STATUS CONFERENCE
January 6, 2004

SWARTWOOD, M.J.

1. Unless counsel inform the court in a Joint Memorandum in accordance with LR 116.5(C) filed **on or before Thursday, February 12, 2004** that there is no need for an initial status conference, such a conference will be held on Tuesday, February 17, 2004, at 10:00 a.m. in Courtroom No. 16 on the Fifth Floor, United States District Court, Boston, MA.[1] **If the Joint Memorandum is not filed with the Court in Boston on or before Thursday, February 12, 2004, then the parties must appear in person for the initial status conference.**

2. **ALL MOTIONS, MEMORANDUMS, PLEADINGS, ETC. MUST BE FILED WITH THE COURT. FAXES WILL NOT BE ACCEPTED.**

CHARLES B. SWARTWOOD, III
UNITED STATES MAGISTRATE JUDGE

---

[1] Defendants are not required to be present at the Initial Status Conference. Inasmuch as this court concludes that the Initial Status Conference is not a critical proceeding within the meaning of Rule 43, F.R. Crim. P., defendants in custody will **not** be transported to court for the Initial Status Conference absent a showing of exceptional cause on motion duly filed in advance of the Initial Status Conference, See 43(c)(3), F.R. Crim. P.