IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) CRIMINAL NO. 03-10317-JLT |
| ANGEL GONZALES a/k/a "Porky" | ) |

JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(A)

The United States and counsel for Defendant Angel Gonzales file this Joint Memorandum Pursuant to Local Rule 116.5(A) as follows:

1) The parties do not seek relief from the applicable timing requirements imposed by L.R. 116.3.

2) The defendant requests expert discovery and the government advises that there may be expert testimony concerning fingerprint analysis and ballistics. The parties agree that the government will produce expert discovery eight weeks prior to trial and the defendant will provide reciprocal discovery four weeks before trial.

3) As noted in ¶2, there may be additional discovery produced as a result of future receipt of reports of examinations or tests. The government also has requested a booking photo of the defendant which was shown to a witness and will be producing that when received.

4) The parties request the Court order pretrial motions under Fed.R.Crim.P. 12(b) to be filed on or before March 2, 2004.

5) The Court has previously entered an Order excluding for purposes of Speedy Trial the period January 6, 2004, through February 3, 2004. The parties agree that the period between February 3, 2004, and February 17, 2004, also should be excluded pursuant to 18 U.S.C. §3161(h)(7). The parties further agree that the period between February 17, 2004, and the date of the final status conference also should be excluded pursuant to 18 U.S.C. §3161(h)(8)(A).

6) The parties believe that it is likely this case will go to trial and that it will last about 4 days.

7) Pursuant to this Court's Notice of Initial Status Conference, dated January 6, 2004, the parties state that there is no need for an Initial Status Conference.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower for*
PAUL F. MARKHAM, Esq.
Counsel for Defendant
P.O. Box 1101
Melrose, MA 02176
(781)665-1800

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184