```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
_____
                                  )
UNITED STATES OF AMERICA,         )
                                  )
                                  )
          v.                      )   CRIMINAL ACTION
                                  )   NO. 03-10317-JLT
JOHN M. PAKALA and                )
ANGEL GONZALES, a/k/a "Porky",    )
          Defendants,             )
_____   )
```

## STATUS REPORT
### February 18, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1. <u>Discovery</u>

The Defendants have requested that I establish a schedule for the filing of discovery motions. I have granted that request and have reminded the Defendants that pursuant to L.R.116.3(H), the Defendants must, to the maximum extent possible, file a consolidated motion for discovery. That motion shall be filed by March 5, 2004, and the Government shall respond to that motion by March 19, 2004.

2. <u>Further Status Conference</u>

A further status conference shall be held in this case on

March 25, 2004, at 2:00 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, 595 Main Street, Worcester, Massachusetts.

    3.    <u>Excludable Time</u>

With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from February 17, 2004 (date of expiration of prior order of excludable time) through March 19, 2004 (date by which the Government is to file its response to Defendants' consolidated motion for discovery). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, May 28, 2004</u>.

                                           /s/Charles B. Swartwood, III
                                           CHARLES B. SWARTWOOD, III
                                           MAGISTRATE JUDGE