UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.         )<br>)<br>JOHN M. PAKALA and )<br>ANGEL GONZALES, a/k/a "Porky" )<br>    Defendant,         )<br>) | **CRIMINAL ACTION<br>NO. 03-10317-JLT** |

### ORDER OF EXCLUDABLE TIME
### February 18, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from February 17, 2004 (date of expiration of prior order of excludable time) through March 19, 2004 (date by which the Government is to file its response to Defendants' consolidated motion for discovery) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE