# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

```
_____
                                 )
UNITED STATES OF AMERICA,        )
                                 )
                                 )
            v.                   )    CRIMINAL ACTION
                                 )    NO. 03-10317-JLT
JOHN M. PAKALA and               )
ANGEL GONZALES, a/k/a "Porky",)
            Defendants,          )
_____)
```

### STATUS REPORT
### April 2, 2004

**SWARTWOOD, M.J.**


The following is a Status Report to Tauro, J. to whom this case is assigned:

1.  <u>Discovery</u>

Completed.

2.  <u>Review of Discovery</u>

Counsel for Mr. Pakala has requested additional time to review discovery produced by the Government with her client in order to determine whether or not Mr. Pakala will be able to resolve this case without a trial.  I have granted the request for a continuance.  Counsel for Mr. Gonzales accedes to the continuance.

3.  <u>Final Status Conference</u>

A final status conference shall be held in this case on May 5, 2004, at 2:30 p.m., in Courtroom 1, Fifth Floor, Donohue Federal

Building, 595 Main Street, Worcester,  Massachusetts.

    4.    <u>Excludable Time</u>

    With the assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from March 19, 2004 (date of expiration of prior order of excludable time) through May 5, 2004 (date by which a review of discovery will be completed by the Defendants).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, July 14, 2004</u>.


                          <u>/s/Charles B. Swartwood, III</u>
                          CHARLES B. SWARTWOOD, III
                          MAGISTRATE JUDGE