UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL ACTION |
| ) | NO. 03-10317-JLT |
| JOHN M. PAKALA and ) | |
| ANGEL GONZALES, a/k/a "Porky" ) | |
| Defendant, ) | |

**ORDER OF EXCLUDABLE TIME**
April 2, 2004

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from March 19, 2004 (date of expiration of prior order of excludable time) through May 5, 2004 (date by which a review of discovery will be completed by the Defendants) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE