UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
            v.                 )    CRIMINAL ACTION
                               )    NO. 03-10317-JLT
JOHN M. PAKALA and             )
ANGEL GONZALES, a/k/a "Porky", )
            Defendants,        )
_____)
```

STATUS REPORT
May 5, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1. Substantive Motions

The Defendant, John Pakala, anticipates filing a motion to suppress and that motion shall be filed by May 21, 2004. The Government shall file its response to that motion by June 11, 2004.

2. Final Status Conference

A final status conference shall be held in this case on June 14, 2004, at 10:15 a.m., in Courtroom 16, Fifth Floor, John Joseph Moakley United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

3. Excludable Time

I am excluding from the Speedy Trial Act, the period from May

5, 2004 (date of expiration of prior order of excludable time) through June 11, 2004 (date by which the Government is to file its response to Mr. Pakala's motion to suppress).  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Friday, August 20, 2004</u>.

<u>/s/Charles B. Swartwood, III</u><br>
CHARLES B. SWARTWOOD, III<br>
MAGISTRATE JUDGE