## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JOHN M. PAKALA and<br>ANGEL GONZALES, a/k/a "Porky",<br>      Defendants, | CRIMINAL ACTION<br>NO. 03-10317-JLT |

### STATUS REPORT
### June 14, 2004

**SWARTWOOD, M.J.**

The following is a Status Report to Tauro, J. to whom this case is assigned:

1. <u>Discovery</u>

The Government intends to file a Motion To Obtain Palm Prints of the Defendants and that motion shall be filed by June 22, 2004. The Defendants shall have until July 12, 2004 to file an opposition to that motion.

2. <u>Substantive Motions</u>

The Defendant, John Pakala, has filed a Motion to Suppress and the Government shall file its response to that motion by June 22, 2004. Additionally, Mr. Pakala's counsel intends to file a Motion to Sever which will be assented to by the Government and shall be filed by June 22, 2004.

3.  <u>Status Conference/ Motion Hearing</u>

A further status conference and hearing on the Government's motion for discovery shall be held in this case on July 15, 2004, at 2:15 p.m., in Courtroom 1, Fifth Floor, Donohue Federal Building United States Courthouse, 595 Main Street, Worcester, Massachusetts.

4.  <u>Excludable Time</u>

I am excluding from the Speedy Trial Act, the period from June 11, 2004 (date of expiration of prior order of excludable time) through July 12, 2004 (date by which the Defendants shall file their opposition to the Government's discovery motion). Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Monday, September 20, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE