UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>JOHN M. PAKALA and )<br>ANGEL GONZALES, a/k/a "Porky" )<br>Defendant, )<br>) | CRIMINAL ACTION<br>NO. 03-10317-JLT |

ORDER OF EXCLUDABLE TIME
June 14, 2004

SWARTWOOD, M.J.

It is ordered pursuant to the provisions of 18 U.S.C. § 3161(b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (United States v. Jodoin, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from June 11, 2004 (date of expiration of prior order of excludable time) through July 12, 2004 (date by which the Defendants shall file their opposition to the Government's discovery motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE