IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) |
| v. | ) |
|  | ) CRIMINAL NO. 03-CR-10317-JLT |
| 1) JOHN PAKALA | ) |
| 2) ANGEL GONZALES a/k/a "Porky" | ) |

MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANT PAKALA'S MOTION TO
SUPPRESS AND TO FILE GOVERNMENT'S MOTION TO COMPEL
PALM PRINTS AND DNA SAMPLES

The United States respectfully files this motion for additional time, up to and including July 9, 2004, to file both its response to Defendant Pakala's Motion to Suppress Fruits of Illegal Warrantless Searches on June 18 and August 3, 2003 (Search and Seizure) and its motion to compel the production of palm prints and DNA samples. In support of this motion, the government states the following:

1) Defendant Pakala filed his motion to suppress on June 1, 2004. At the time, the undersigned was out of the office on annual leave, returning to the office on June 8, 2004. The government filed an assented to motion for an additional week, up to June 22, 2004, to respond, which this Court granted at the status conference on June 14, 2004.

2) In preparing its response, the undersigned has been speaking to, and attempting to speak to, various officers with the Chelsea Police Department, a task which can be challenging because of the different shifts to which the officers are assigned. After several attempts, the undersigned spoke today with an officer--on the midnight shift--and learned for the first time that it will be necessary to speak with additional officers and/or detectives in order to properly prepare the response.

3) At the status conference, the government also advised the Court that it intended to file a motion to compel the defendants to provide palm prints and DNA samples and would file the motion by today, June 22, 2004, along with providing the defense with additional discovery relating to fingerprint and DNA testing. Although the government can, and will, provide the defense today with additional discovery relating to the recovery of two of the charged firearms, the undersigned learned yesterday[1] that the Massachusetts State Police fingerprint examiner who performed the fingerprint analysis of these firearms is unavailable until July 5, 2004. Additional time also is necessary to speak to the chemist(s) who performed the DNA processing and to procure any discovery relating to this analysis as well.

4) The undersigned has spoken with Paul Markham, counsel for defendant Gonzales, and represents to the Court that Attorney Markham assents to the government's request for extension. The undersigned did not confer with Catherine K. Byrne, counsel for defendant Pakala, who, according

---

[1] The government learned this information only yesterday, although the undersigned made other attempts last week to reach this examiner.

to the receptionist for the Federal Defender's Office, was on the road. The undersigned left a voice mail for Attorney Byrne but had not heard back from her as of the time this motion was filed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: *Sandra S. Bower*
SANDRA S. BOWER
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3184

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

Catherine K. Byrne, Esq.
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210

Paul Markham, Esq.
P.O. Box 1101
Melrose, MA 02176

This 22nd day of June 2004.

*Sandra S. Bower*
SANDRA S. BOWER
ASSISTANT UNITED STATES ATTORNEY

3