UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| V. | ) | Criminal No.03-CR-10317-JLT |
| | ) | |
| 1)JOHN PAKALA | ) | |
| 2)ANGEL GONZALES | ) | |
| a/k/a Porky | ) | |
| Defendants | ) | |

**ASSENTED TO MOTION TO CONTINUE
STATUS CONFERENCE AND HEARING**

The United States respectfully files this assented to motion to continue the status conference and hearing presently scheduled for 2:15pm on July 15, 2004, to a date after July 23, 2004. In support of this motion, the government states the following:

1) The undersigned is filing today a motion to compel the production of fingerprints, palmprints and DNA samples. The motion was originally due on June 22, 2004, but the undersigned filed a motion for an extension of time due to the inability to obtain pertinent information relating to the motion.

2) The government asks the Court to continue the status conference and hearing on the government's motion to a date after July 23, 2004, giving the defense an opportunity to respond to the government's motion. Additionally, the government has sought the fingerprints, palmprints and DNA samples of three other individuals and additional time is necessary to allow them to obtain counsel, if desired, and to appear before this Court.

3) The undersigned has conferred with Attorney Catherine Byrne, counsel for defendant Pakala, and with Attorney Paul Markham, counsel for defendant Gonzales, and represents that both of them assent to the requested continuance.

WHEREFORE, the United States requests the Court to continue the status conference and hearing to a date after July 23, 2004.

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        UNITED STATES ATTORNEY

By:    /s/ Sandra S. Bower
        SANDRA S. BOWER
        Assistant United States Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA 02210
        (617) 748-3184