UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>v. )<br>  )<br>1) JOHN PAKALA )<br>2) ANGEL GONZALES a/k/a "Porky" )<br>Defendants ) | CRIMINAL NO. 03-CR-10317-JLT |

### GOVERNMENT'S MOTION FOR AN ORDER COMPELLING THE PRODUCTION OF FINGERPRINTS, PALM PRINTS AND DNA SAMPLES

The United States respectfully requests the Court to order the defendants, John Pakala, (Pakala) and Angel Gonzales (Gonzales), to provide palm prints and a DNA sample to the government for purposes of analysis and comparison and to order three other individuals, namely Angel Acevedo, James Davis-Sanon, and Kencheser Martin, to provide fingerprints, as well as palm prints and DNA samples, for the same comparison and analysis. In support of this motion, the government states as follows:

1. The requested fingerprints, palm prints and DNA samples will be used to determine if they match fingerprints and/or palm prints found on, and DNA taken from, two of the firearms recovered during the investigation of the June 18, 2003, theft of five handguns from the residence of Robert Boudrow, who lives on Winthrop Road, in Chelsea, Massachusetts, as well as palm prints found on a glass jar from the Boudrow residence.

2. Defendant Pakala is charged in the instant superseding indictment with being a felon in possession of firearms, in violation of 18 U.S.C. §922(g)(1), with possession and sale of stolen firearms, in violation of 18 U.S.C. § 922(j), and unlicensed dealing in firearms, in violation of 18 U.S.C. § 922(a)(1)(A) in connection with four of the Boudrow firearms. Defendant Gonzales is charged with aiding and abetting Pakala in the possession and sale of stolen firearms and in the

unlicensed dealing in firearms, also in connection with the Boudrow firearms.

 3. The fingerprints and palm prints will be taken in the standard manner. The DNA samples will be obtained using a traditional buccal (cheek) swab procedure.

 4. The facts and legal authority in support of this motion are contained in the accompanying Memorandum of Law.

 WHEREFORE, the government respectfully requests the Court enter an order directing Pakala, Gonzales, Acevedo, Davis-Sanon and Martin to provide the requested fingerprints and/ or palm prints, as well as the DNA samples.

      Respectfully submitted,

      MICHAEL J. SULLIVAN
      United States Attorney

By: /s/ Sandra S. Bower
   SANDRA BOWER
   Assistant U.S. Attorney