UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CR 03-CR10317-JLT
)
JOHN PAKALA )

### DEFENDANT, ANGEL GONZALES'S, OPPOSITION TO MOTION FOR ORDER TO COMPELL THE PRODUCTION OF FINGERPRINTS AND DNA SAMPLES

The defendant, Angel Gonzales, objects to the government's motion for an order to compel him to furnish fingerprints and to submit to a DNA test for the following reason:

The indictment charges the defendant, Gonzales, as an aider and abettor only, not as a principal. Accordingly, it is not an element of the crime charged against him that he was in contact with the firearms in question.

Respectfully submitted
Angel Gonzales
By his attorney,

Paul F. Markham
PO Box 1101
Melrose, MA 02176
781-665-1800
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail by hand.

Date: 7/12/04