# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

_____
                                    )
UNITED STATES OF AMERICA,          )
                                    )
                                    )
            v.                      )      **CRIMINAL ACTION**
                                    )      **NO. 03-10317-JLT**
JOHN M. PAKALA and                 )
ANGEL GONZALES, a/k/a "Porky",)
            Defendants,             )
_____)


## FINAL STATUS REPORT
### August 4, 2004

**SWARTWOOD, M.J.**


The following is a Final Status Report to Tauro, J. to whom this case is assigned:

1.  <u>Discovery</u>

Completed.  I have this date issued an Order concerning the only outstanding discovery motion.

2.  <u>Substantive Motions</u>

The Defendant, John Pakala, has filed a Motion to Suppress and the Government has filed an opposition to that motion. Additionally, Mr. Pakala and Mr. Gonzales have filed a Motion To Sever which has been assented to by the Government.  Therefore, I am returning this case to Judge Tauro for resolution of these substantive motions.

3.    <u>Excludable Time</u>

With assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 12, 2004 (date of expiration of prior order of excludable time) through August 4, 2004 (date on which I rendered the decision in connection with a then pending discovery motion).  Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through August 4, 2004.  Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before <u>Wednesday, October 13, 2004</u>.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE