UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>JOHN M. PAKALA and   )<br>ANGEL GONZALES, a/k/a "Porky" )<br>    Defendants,   ) | **CRIMINAL ACTION**<br>**NO. 03-10317-JLT** |

**ORDER OF EXCLUDABLE TIME**
**August 4, 2004**

**SWARTWOOD, M.J.**

It is ordered pursuant to the provisions of 18 U.S.C. § 3161 (b)(1)(F), as interpreted by the United States Court of Appeals for this Circuit (<u>United States v. Jodoin</u>, 672 F.2d 232, 237 (1st Cir. 1982)), that the period from July 12, 2004 (date of expiration of prior order of excludable time) through August 4, 2004 (date on which I rendered the decision in connection with a then pending discovery motion) shall be excluded from the Speedy Trial Act.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE