UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 03-CR-10317-JLT |
| | ) | |
| 1) JOHN PAKALA | ) | |
| | ) | |
| 2) ANGEL GONZALEZ, a/k/a "Porky" | ) | |

## AFFIDAVIT

1. My name is Francisco Napolitano.
2. I am an attorney duly licensed to practice law in Massachusetts.
3. I am the court-appointed attorney for JAMES DAVIS-SANON.
4. I represent Mr. Davis-Sanon on Docket No. 0414CR 1384, Chelsea District Court.
5. Mr. Davis-Sanon has been found indigent under the applicable statutes of the Massachusetts General Laws.
6. He is currently in state custody, and obviously unable to become gainfully employed.
7. On August 12, 2004, I was served by Sheila M. O'Hara, BATF, through the Office of the District Attorney for Suffolk County, the following documents: Government's Motion For An Order Compelling The Production Of Fingerprints, Palm Prints And DNA Samples; Memorandum of Law In Support Of Government's Motion For An Order Compelling The Production Of Fingerprints, Palm Prints And DNA Samples ("Memorandum"); and Order, dated August 4, 2004.
8. On behalf of Mr. Davis-Sanon, I request that counsel be appointed in the present matter. [Order, FN 4, at 6]
9. The request for counsel is far from frivolous given that Mr. Davis-Sanon has apparently already made self-incriminating statements, to wit,
10. "The three of them were allowed to confer privately and ultimately admitted buying the guns." Memorandum at 5).
11. The appointment of counsel is necessary in order to protect Mr. Davis-Sanon's rights.

Signed under the pains and penalties of perjury this Twelfth Day of August, 2004.

_____
Francisco Napolitano, Esquire

### CERTIFICATE OF SERVICE

I, Francisco Napolitano, Counsel for Mr. James Davis-Sanon, do hereby certify that on this date a copy of the present Affidavit was served upon Sandra S. Bower, AUSA, United States Courthouse, 1 Courthouse Way, Suite 9200, Boston, MA 02210.

_____
**Francisco Napolitano, Esquire**