UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-CR-10317-JLT |
| v. ) | |
| ) | |
| 1) JOHN PAKALA ) | |
| 2) ANGEL GONZALES a/k/a "Porky" ) | |
| Defendants ) | |

<u>UNITED STATES' STATUS REPORT RELATING TO SERVICE ON THIRD PARTY
INDIVIDUALS  OF  MOTION TO COMPEL AND ORDER ON PRODUCTION OF
FINGERPRINTS, PALM PRINTS AND DNA SAMPLES</u>

On August 4, 2004, the Court entered an Order granting the government's motion to compel the defendants and three third party individuals to produce fingerprints and/or palm prints, and DNA samples.  The Court required the government to serve its motion and the Court's Order on the three third party individuals to give them an opportunity to seek reconsideration.

The United States notifies the Court of the following:

1) On August 6, 2004, the government faxed a copy of its motion, supporting memorandum, and this Court's Order on Attorney Daniel Fitzgerald, who advised he would accept service for Kencheser Martin.

2) On August 12, 2004, Angel Acevedo and James Davis-Sanon were personally served with the motion, supporting memorandum and Order.  Acevedo advised the serving agents that he desired counsel, and thereafter, the government contacted  this Court's courtroom deputy who sent a financial affidavit to Acevedo along with a stamped  envelope addressed to the undersigned.  To date, the financial affidavit has not been returned.

    3) On August 12, 2004, Attorney Francisco Napolitano filed an affidavit in this Court seeking appointment of counsel on behalf of Davis-Sanon.

                                                   Respectfully submitted,

                                                   MICHAEL J. SULLIVAN
                                                   United States Attorney

By:    /s/ Sandra S. Bower
           SANDRA BOWER
           Assistant U.S. Attorney
           1 Courthouse Way, Suite 9200
           Boston, MA 02210
           617-748-3184