# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**IN UNITED STATES** ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF

| | | LOCATION NUMBER |
|---|---|---|
| L USA v.s. Pakala ⌐ | FOR | |
| | IN CLERKS OFFICE | 03-10317 |
| | AT | |
| | 2004 SEP 14 P 12:23 | |

**PERSON REPRESENTED** (Show your full name)

|  | DOCKET NUMBERS |
|---|---|
| 1 ☐ Defendant - Adult | Magistrate |
| 2 ☐ Defendant - Juvenile | |
| 3 ☐ Appellant | District Court |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | Court of Appeals |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

**CHARGE/OFFENSE** (describe if applicable & check box →) ☐ Felony ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

Are you now employed? ☐ Yes ☑ No ☐ Am Self-Employed

Name and address of employer: _____

**EMPLOY-MENT**

**IF YES, how much do you earn per month? $** _____

**IF NO, give month and year of last employment** How much did you earn per month? $ _Student_

If married is your Spouse employed? ☐ Yes ☑ No

**IF YES, how much does your Spouse earn per month? $** _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME** — Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

**IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES**

RECEIVED $ _____    SOURCES _____

**CASH** — Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, state total amount $ _____

**PROPERTY** — Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

**IF YES, GIVE THE VALUE AND DESCRIBE IT**

VALUE _____    DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS: ☑ SINGLE ___ MARRIED ___ WIDOWED ___ SEPARATED OR DIVORCED

Total No. of Dependents _____

List persons you actually support and your relationship to them _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ _James Pakala-Lanan_