UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                        CRIMINAL ACTION
  v.                     No.03-10317-JLT

JOHN PAKALA
ANGEL GONZALES

**INTERESTED PARTIES:**

KENCHESER MARTIN
JAMES DAVIS-SANON
ANGEL ACEVEDO

_____
TAKE NOTICE That a proceeding in this case has been scheduled for the place, date, and time set forth below:

U.S. District Court        **COURTROOM #1, 5th FLOOR**
595 Main St.                **DATE AND TIME:**
Worcester, MA 01608      **November 1, 2004, at 11:00 am**
_____
Type of Proceeding:


**MOTION HEARING**



_____
                                    CHARLES B. SWARTWOOD, III
                                    MAGISTRATE JUDGE


<u>October 25, 2004</u>          <u> /s/ Lisa B. Roland</u>
Date                       Lisa B. Roland,
                         Deputy Clerk
                         (508) 929-9905