UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                               )
UNITED STATES OF AMERICA,      )
                               )
                               )
          v.                   )   CRIMINAL ACTION
                               )   NO. 03-10317-JLT
JOHN M. PAKALA and             )
ANGEL GONZALES, a/k/a "Porky", )
          Defendants,          )
_____)
```

**ORDER**
**November 2, 2004**

**SWARTWOOD, M.J.**

Nature of the Proceeding

The Government has filed a Motion For An Order Compelling The Production Of Fingerprints, Palm-prints And DNA Samples (Docket No. 47) of the Defendants, Messrs. Pakala and Gonzales and three other individuals: Angel Acevedo, James Davis-Sanon and Kencheser Martin.

Prior Proceeding

By Order dated August 4, 2004 (Docket No. 52), I ordered that the requested fingerprints, palm-prints and DNA samples be taken from the Defendants, Messrs. Pakala and Gonzales. I also ordered that Messrs. Acevedo, Davis-Sanon and Martin submit their fingerprints and palm prints and that they provide the Government with DNA samples, subject, however, to their right to obtain counsel and/or file an objection to such Order. All three of these

Defendants have either filled out financial affidavits or indicated that they would like to obtain counsel, but cannot afford to do so. Therefore, with respect to these three individuals, I am ordering that the following counsel be appointed: Benjamin D. Entine, Esquire has been appointed to represent Mr. Martin; Raymond E. Gillespie, Esquire has been appointed to represent Mr. Davis-Sanon; and Stephen A. Jonas, Esquire has been appointed to represent Mr. Acevedo.[1]

All three of these individuals have been served with a copy of my August 4, 2004 Order, but unfortunately, other than Mr. Martin, who appeared in Court in connection with this matter on November 1, 2004, the other two individuals (Messrs. Davis-Sanon and Acevedo) have not responded to a Notice of Hearing scheduled for November 1, 2004 to address the issue of whether they should be required to produce their fingerprints, palm-prints and a DNA sample). Therefore, I am requesting that the Government make arrangements for personal service of this Order upon Messrs. Acevedo and Davis-Sanon and that the law enforcement officer making such service, sign a certificate that service upon these individuals has been made.

---

[1] Mr. Davis-Sanon has completed a financial affidavit and I have determined that he cannot afford counsel.  A lawyer who previously represented Mr. Martin in state court matters has filed an affidavit stating Mr. Martin is indigent and on that basis, I have appointed Mr. Entine to represent him. However, Mr. Entine's appointment is subject to Mr. Martin completing a financial affidavit in this Court.  Mr. Acevedo has indicated that he cannot afford counsel and therefore, I have appointed Mr. Jonas to represent him.  The appointment of Mr. Jonas shall be subject to Mr. Acevedo completing a financial affidavit in this Court.

Order

1. The Government shall arrange for personal service of this Order upon Messrs. Acevedo and Davis-Sanon;

2. Once served, Mr. Davis-Sanon shall contact his lawyer, Raymond E. Gillespie, Esquire, at Suite 32, 875 Massachusetts Avenue, Cambridge, MA 02139-3067, telephone: (617)661-3222;

3. Once served, Mr. Acevedo shall contact his lawyer, Stephen A. Jonas, Esquire, at Hale & Dorr, LLP, 60 State Street, Boston, MA 02109, telephone: (617)526-6144;

4. Counsel for Messrs. Acevedo, Davis-Sanon and Martin shall file a consolidated opposition to the Government's motion for fingerprints, palm-prints and DNA samples by November 29, 2004; and

5. A hearing on the Government's motion for fingerprints, palm-prints and DNA samples of Messrs. Acevedo, Davis-Sanon and Martin shall be held on December 1, 2004, at 10:00 a.m., in Courtroom 1, Fifth Floor, Donohue Federal Building, United States Courthouse, 595 Main Street, Worcester, Massachusetts. It will be necessary that Messrs. Acevedo, Davis-Sanon and Martin be present at that hearing. Failure to appear will result in the issuance of an arrest warrant.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE