**FINANCIAL AFFIDAVIT**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF: US v.s. Pakala

FOR / AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Angel Acevedo**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☒ Other

DOCKET NUMBERS
- Magistrate: _____
- District Court: _____
- Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony / ☒ Misdemeanor (both crossed out)

## ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☒ No  ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ **Student**
- If married is your Spouse employed? ☐ Yes  ☒ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☐ No

RECEIVED: $ **110.00**   SOURCES: **Carpentry**

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes  ☒ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE: _____   DESCRIPTION: _____

## OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
- Total No. of Dependents: **0**
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **Nov. 22, 2004**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ **Angel Acevedo**