**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> vs. <br><br> **JOHN PAKALA, AND** <br> **ANGEL GONZALES (a/k/a "Porky")** <br><br>     **Defendants** | **CRIMINAL ACTION** <br> **NO. 03-10317-JLT** |

**NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2, Lynne Campbell Soutter of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of Third Party Individual, Angel Acevedo, in this case.

Angel Acevedo,

By his attorney,

_____/s/ Lynne C. Soutter_____
Lynne Campbell Soutter (BBO #657934)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, MA  02109
lynne.soutter@wilmerhale.com
(617) 526-6000

Dated:  November 30, 2004