UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>1) JOHN PAKALA )<br>2) ANGEL GONZALES, )<br>    a/k/a Porky )<br>        Defendants ) | Criminal No. 03-CR=10317-JLT |

OPPOSITION OF JAMES DAVIS-SANON TO GOVERNMENT'S
MOTION TO COMPEL THE PRODUCTION OF
FINGERPRINTS, PALM PRINTS AND DNA SAMPLES

Now comes James Davis-Sanon, through his undersigned counsel and hereby gives notice of his opposition to the government's motion to compel him to submit fingerprints, palm prints and a DNA sample in the above-captioned action. Davis-Sanon also opposes the Court's August, 2004 order conditionally granting the motion which order was ex parte and expressly reserved his right to contest the same.

As reason therefore, Davis-Sanon states that this Court has no authority to issue such an order independent of a pre-existing Grand Jury order and the refusal of a witness to comply with that order. See In Re: Melvin, 546 F.2d 1 (1st Cir. 1977) In Melvin, the First Circuit stated, "...a Grand Jury alone enjoys the inherent right to compel production of identification evidence in these circumstances." Id. at 4-5. The circumstances of Melvin were almost identical to the instant case. The government went directly to the court and sought an order compelling a suspect,

for whom there was no probable cause to arrest, to submit to a line-up. The district court granted the motion although there had been no pre-existing Grand Jury subpoena or order of any kind pertaining to a line-up. The First Circuit vacated the order, holding that while it doubted if the court had the inherent power to issue such an order, it certainly was an unwarranted intrusion and diminishment of the constitutional function of the Grand Jury to seek such an order directly from the court. Id. at 3-4.

The same reasoning applies to the instant case. The order to submit as requested by the government is only within the proper investigative function of the Grand Jury. For this reason the order of this Court should be vacated.

>Respectfully submitted,
>JAMES DAVIS-SANON,
>By his attorney,
>
>_____
>Raymond E. Gillespie
>B.B.O. # 192300
>875 Massachusetts Ave Suite 32
>Cambridge, MA 02139
>(617) 661-3222

November 29, 2004

2

## Certificate of Service

I hereby certify that I served a copy of the foregoing on the United States by causing the same to be hand delivered to Sandra S. Bower, Esquire, Assistant United States Attorney, John Joseph Moakley U.S. Courthouse, One Courthouse Way, Suite 9200, Boston, MA 02210 on the date indicated below:

November 29, 2004

Raymond E. Gillespie

oppmtncompel

3