UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

vs                                                                                      03-CR-10317-JLT

JOHN M. PAKALA AND
ANGEL GONZALES

### ANGEL GONZALES' MOTION TO DISMISS

Now comes the defendant, Angel Gonzales, and moves that the indictment, as to him, be dismissed.

In support of this motion the defendant submits that on August 4, 2004 a Final Status Report was entered, requiring the case to be tried on or before October 13, 2004. A copy of that Final Report is attached hereto. The defendant has done nothing since August 4, 2004 that would cause any additional days to be to be excluded from the time within which he was to be tried under the Speedy Trial Act.

WHEREFORE, the defendant moves that the indictment in this case be dismissed, as to him.

Respectfully submitted
Angel Gonzales
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: 6/1/06

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                   )
UNITED STATES OF AMERICA,          )
                                   )
                                   )
        v.                         )   CRIMINAL ACTION
                                   )   NO. 03-10317-JLT
JOHN M. PAKALA and                 )
ANGEL GONZALES, a/k/a "Porky",     )
        Defendants,                )
_____)
```

## FINAL STATUS REPORT
### August 4, 2004

**SWARTWOOD, M.J.**

The following is a Final Status Report to Tauro, J. to whom this case is assigned:

1. <u>Discovery</u>

Completed. I have this date issued an Order concerning the only outstanding discovery motion.

2. <u>Substantive Motions</u>

The Defendant, John Pakala, has filed a Motion to Suppress and the Government has filed an opposition to that motion. Additionally, Mr. Pakala and Mr. Gonzales have filed a Motion To Sever which has been assented to by the Government. Therefore, I am returning this case to Judge Tauro for resolution of these substantive motions.

3.   Excludable Time

With assent of counsel for the parties, I am excluding from the Speedy Trial Act, the period from July 12, 2004 (date of expiration of prior order of excludable time) through August 4, 2004 (date on which I rendered the decision in connection with a then pending discovery motion). Therefore, I have excluded from the Speedy Trial Act, the entire period from date of arraignment through August 4, 2004. Therefore, assuming no further order of excludable time under the plan for prompt disposition of criminal cases, this case must be tried on or before Wednesday, October 13, 2004.

/s/Charles B. Swartwood, III
CHARLES B. SWARTWOOD, III
MAGISTRATE JUDGE