UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.  03-10317-JLT |
| | ) | |
| JOHN M. PAKALA | ) | |
| ANGEL GONZALES | ) | |
| a/k/a "Porky" | ) | |

**NOTICE OF APPEARANCE**

Now comes the undersigned Assistant United States Attorney and hereby notices her appearance as counsel for the United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   */s/ Lisa M. Asiaf*
Lisa M. Asiaf
July 13, 2005                Assistant U.S. Attorney
Tel:  (617) 748-3268

CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by first class mail to any/all counsel of record who do not automatically received service of process via the Court's ECF filing system.

*/s/ Lisa M. Asiaf*
Lisa M. Asiaf
Assistant U.S. Attorney