```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

v.                                         Criminal No. 03-10317-JLT

ANGEL GONZALES
    a/k/a "Porky"
        Defendant.


```
                      UNITED STATES' PROPOSED
                   VOIR DIRE EXAMINATION QUESTIONS
```

I.    OUTLINE OF INDICTMENT

Let me begin by saying a few words about the nature of this case. The indictment in this case charges the defendant, ANGEL GONZALES, a/k/a "Porky," with one count of aiding and abetting in the sale and disposal of stolen firearms in violation of Title 18, United States Code, Sections 922(j) and 2, and one count of aiding and abetting the unlicensed dealing in firearms in violation of Title 18, United States Code, Sections 922(a)(1)(A) and 2.


II.    PARTIES AND WITNESSES

[After defendant, counsel, and case agent are introduced]

    1.    Do any of you know the defendant?

    2.    Do any of you know the attorney for the defendant?

    3.    Do any of you know the attorneys for the United States of America?

    4.    I will read [or have the attorneys read] the names of persons who may appear as witnesses. Please advise me, after

their names have been read, whether you know them or have any acquaintance with them.  [Counsel or Court read witness lists.]

III.   CONFLICTS WITH SERVICE - NATURE OF CASE

      1.   It is anticipated that this trial will be concluded in about two or three days.  Would it be too inconvenient for any of you, because of your job or other personal reasons, to serve on this jury and to concentrate on the trial and its proceedings with your full attention and render a fair and impartial verdict?

      2.   Is there anything about the nature of the charge or the type of offense with which the defendant is charged that would in any way affect your ability to sit as a fair and impartial juror?

IV.   GENERAL QUESTIONS TO PANEL

      1.   Have any of you ever served on a jury before?

          (a)   Federal Court:
             (1)   Civil
             (2)   Criminal

          (b)   State Court:
             (1)   Civil
             (2)   Criminal

      2.   Without stating the result, were you able to reach a verdict in the case?

      3.   Has anything ever happened to you while serving as a juror prior to this case that would make it difficult for you now to serve as a fair and impartial juror?

   4. Have any of you ever appeared before a Grand Jury as a witness and given testimony?  Have any of you ever served as a member of a Grand Jury?  If so, how many times?

   5. Have any of you ever appeared in Court either as a witness in a case or as a party in a lawsuit?

   6. Have any of you ever had any claim or lawsuit or any other type of litigation against or with the United States or one of its agencies?  I am speaking now of a lawsuit or some type of administrative proceeding.  The agency could be the Internal Revenue Service, the Federal Housing Administration, the Social Security Administration, and so forth.  If so, please explain.

   7. Are any of you suffering from a physical disability, especially one involving hearing, which would make it difficult for you to serve as a juror during the trial of this case?

   8. Have any of you ever been the victim of a crime?

   9. Have any of you ever been charged with a criminal offense?  What was the charge? Do you believe you were treated fairly?

   10. Do you have any close friends or relatives who have been charged with a criminal offense?  What was the charge? Do you believe they were treated fairly?

   11. Have any of you ever been questioned by a Federal or State investigative officer?  If so, please explain.  Do you believe you were treated fairly?

   12. This is, of course, a criminal case wherein the law

sets forth certain punishments to be applied in the sole discretion of the Judge, within bounds as set forth by Congress. Are there any of you who, for religious, moral, ethical or philosophical reasons, would simply rather not be called upon to decide the guilt or innocence of the accused?

      13. The Court will give you instructions on the law at the conclusion of all the evidence and the argument of counsel. Will you abide by these instructions on the law and apply the law to the facts?

      14. If one or more of the instructions on the law given to you by the Court are in conflict with your own personal beliefs, or if you disagree with any one of the Court's instructions, will you still abide by the Court's instructions on the law and put your own personal beliefs aside?

      15. In considering your verdict, do all of you realize that the term "reasonable doubt" which will be used during the course of this trial does not mean a speculative or fanciful doubt, and that the law does not require a person to be proved guilty to a mathematical certainty?

      16. If the Government proves the defendant guilty beyond a reasonable doubt, would any of you hesitate to return a verdict of guilty as charged? On the other hand, should the Government fail to prove the defendant guilty beyond a reasonable doubt, would any of you hesitate to return a verdict of not guilty?

      17. Do you conscientiously believe you can render a

fair and impartial verdict free from any prejudice or bias for or against the Government or the defendant?

  18.  Are you, a family member, or a close friend or business associate involved in the criminal justice system as a prosecutor, a defense attorney, an employee of either a prosecutor or a defense attorney, or as a law enforcement officer?

V. ADDITIONAL QUESTIONS TO PANEL

  1.  Have any of you, or any members of your family or close friends, been a victim of a crime involving a firearm? Is there anything about this experience which would in any way affect your ability to sit as a fair and impartial juror?

  2.  Do you have any feelings about firearms or firearms laws that may affect your ability to judge this case fairly and impartially?

  3.  Do any of you, or any members of your immediate family, or close friends, own firearms?

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

     By: /s/ Sandra S. Bower
       SANDRA S. BOWER
       LISA M. ASIAF
       Assistant United States Attorneys
       1 Courthouse Way, Suite 9200
       Boston, Massachusetts  02210
       (617) 748-3184