UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) **Criminal No. 03-10317-JLT** |
| | ) |
| **ANGEL GONZALES,** | ) |
| a/k/a "Porky" | ) |

### PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The United States of America, by and through its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby respectfully requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to Suffolk County House of Correction (South Bay), in Boston, Massachusetts, for the purpose of securing **ANGEL ACEVEDO** to testify in the trial before United States District Judge Joseph L. Tauro in the above-captioned case on Monday, August 8, 2005, at 10 a.m. In support of this petition, the government states that:

1. **ANGEL ACEVEDO** (Inmate number 0502271) is presently confined at Suffolk County House of Correction (South Bay), and will be so confined on August 8, 2005.

2. **ANGEL ACEVEDO** has been called to be a witness in the trial of the above-captioned case.

3. **ANGEL ACEVEDO** is due to appear before United States District Judge Joseph L. Tauro for this purpose on August 8, 2005, at 10 a.m.

**WHEREFORE,** the government requests that this Court issue a Writ of Habeas Corpus Ad Testificandum to be directed to the United States Marshal for the District of Massachusetts, to the Suffolk County Sheriff and to any other person having custody and control of **ANGEL ACEVEDO**,

commanding them to produce **ANGEL ACEVEDO** before United States District Judge Joseph L. Tauro at the United States Courthouse, 1 Courthouse Way, at Boston, Massachusetts on August 8, 2005, at 10 a.m.

                                        Respectfully submitted,

                                        Michael J. Sullivan
                                        United States Attorney

By:    /s/ Sandra S. Bower
          SANDRA S. BOWER
          Assistant U.S. Attorney

ALLOWED:

_____
JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

Dated: