UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-CR-10317-JLT |
| v. ) | |
| ) | |
| JOHN M. PAKALA ) | |
| ANGEL GONZALES, a/k/a "Porky" ) | |
| Defendants. ) | |

## APPLICATION

Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby applies to this Court, pursuant to Title 18, United States Code, Section 6003, for an Order requiring Angel Acevedo to testify or provide other information at trial or other proceeding in the above captioned case within the District of Massachusetts. In support of this application, the Government respectfully alleges as follows:

1. Angel Acevedo has been subpoenaed to testify at the trial of defendant Angel Gonzales, a/k/a "Porky," scheduled to begin on August 8, 2005. The trial of co-defendant John M. Pakala, whose case has been severed from that of defendant Gonzales, has not yet been scheduled. A suppression hearing in Pakala's case is scheduled for August 1, 2005, and Acevedo may, although probably will not be, called as a witness in that proceeding.

2. It is likely that Acevedo will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of Angel Acevedo may be necessary to the public interest.

1

4.  This Application is made with the approval of Laura H. Parsky, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section 0.175(a). A copy of the letter from the Deputy Assistant Attorney General expressing such approval is attached hereto, and incorporated herein.

WHEREFORE, the United States Attorney requests that this Court issue an Order pursuant to Sections 6002 and 6003 of Title 18, United States Code, requiring Angel Acevedo to give testimony and provide other information relating to all matters about which he may be examined at any proceeding before the Court in this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

Date: July 22, 2005

TOTAL P.01



**U.S. Department of Justice**

Criminal Division

_Office of the Assistant Attorney General_                     _Washington, D.C. 20530-0001_

APR 1 9 2005

The Honorable Michael J. Sullivan
United States Attorney
District of Massachusetts
Boston, Massachusetts 02210

Attention:   Sandra S. Bower
             Assistant United States Attorney

    Re:   United States v. John Pakala, et al.

Dear Mr. Sullivan:

    Pursuant to the authority vested in me by 18 U.S.C. 6003(b) and 28 C.F.R. 0.175(a), I hereby approve your request for authority to apply to the United States District Court for the District of Massachusetts for an order pursuant to 18 U.S.C. 6002-6003 requiring Angel Acevedo to give testimony or provide other information in the above matter and in any further proceedings resulting therefrom or ancillary thereto.

                  Sincerely,

                  Christopher A. Wray
                  Assistant Attorney General

                  _[signature]_

                  Laura H. Parsky
                  Deputy Assistant Attorney General
                  Criminal Division