UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

        v.                  Criminal No. 03-CR-10317-JLT

ANGEL GONZALES
    a/k/a "Porky"
        Defendant.

## UNITED STATES' WITNESS LIST

Angel Acevedo
Suffolk County House of Correction
(South Bay)
Boston, MA

Sgt. James Atkins
Chelsea Police Department
Chelsea, MA

ATF Inspector Wayne Bettencourt
Boston, MA

Officer Chris Borum
Cambridge Police Department
Cambridge, MA

Robert Boudrow
Chelsea, MA

Detective Scott Conley
Chelsea Police Department
Chelsea, MA

Officer Roger DiGaetano
Chelsea Police Department
Chelsea, MA

Trooper Christine Fisher
Crime Scene Services Section
Massachusetts State Police
Devens, MA

Pauline Hassett
Dorchester, MA

Officer Edwin Hernandez
Chelsea Police Department
Chelsea, MA

Trooper Michael Lyver
Massachusetts State Police
Sturbridge, MA

```
ATF Special Agent Sheila O'Hara
Boston, MA

ATF Special Agent Tony Thurman
Boston, MA
                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     /s/ Sandra S. Bower
                                        SANDRA S. BOWER
                                        LISA M. ASIAF
                                        Assistant U.S. Attorney
                                        U. S. Attorney's Office
                                        John Joseph Moakley
                                        United States Courthouse
                                        1 Courthouse Way, Suite 9200
                                        Boston, MA  02210
```