UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
UNITED STATES OF AMERICA    )
                            )
            V.              )
                            )   CRIMINAL No. 03-CR-10317-JLT
    ANGEL GONZALES          )
         a/k/a "Porky"      )
            Defendant.      )
```

### UNITED STATES' EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Heckler and Koch 9 mm pistol, serial number 24-049373 | | | |
| 2 | Colt .45 caliber pistol, serial number 70B31251 | | | |
| 3 | Colt .45 caliber pistol, serial number FN32227 | | | |
| 4 | Photo of Ruger .44 caliber revolver, serial number 500-81258 | | | |
| 5 | Photo of Smith and Wesson .357 revolver, serial number N26407 | | | |
| 6 | Photo of John Pakala | | | |
| 7 | Police warning notice issued to John Pakala | | | |

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                        By:   /s/ Sandra S. Bower
                              SANDRA S. BOWER
                              LISA M. ASIAF
                              Assistant U.S. Attorneys
                              U. S. Attorney's Office
                              John Joseph Moakley
                              United States Courthouse
                              1 Courthouse Way, Suite 9200
                              Boston, MA  02210
                              617-748-3184
```