UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CRIMINAL NO. 03-CR-10317-JLT |
| v. ) | |
| ) | |
| JOHN M. PAKALA ) | |
| ANGEL GONZALES, a/k/a "Porky" ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court on the Application of Michael J. Sullivan, United States Attorney for the District of Massachusetts, for an Order requiring Angel Acevedo to give testimony or provide other information pursuant to the provisions of Title 18, United States Code, Sections 6002 and 6003.

Upon consideration of the Application of the United States Attorney and it appearing to the satisfaction of this Court that:

1. Angel Acevedo has been subpoenaed to testify at the trial of defendant Angel Gonzales, a/k/a "Porky," scheduled to begin on August 8, 2005. The trial of co-defendant John M. Pakala, whose case has been severed from that of defendant Gonzales, has not yet been scheduled. A suppression hearing in Pakala's case is scheduled for August 1, 2005, and Acevedo may, although probably will not be, called as a witness in that proceeding.

2. It is likely that Acevedo will refuse to testify or provide other information on the basis of his privilege against self-incrimination.

3. In the judgment of the United States Attorney, the testimony of Angel Acevedo may be necessary to the public interest.

4. The application filed herein has been made with the approval of Laura H. Parsky, Deputy Assistant Attorney General of the Criminal Division of the United States Department of Justice, pursuant to the authority vested in her by Title 18, United States Code, Section 6003(b) and 28 C.F.R. Section 0.175(a).

NOW, THEREFORE, IT IS ORDERED, pursuant to Title 18, United States Code, Sections 6002 and 6003, that Angel Acevedo shall give testimony or provide other information as to all matters about which he may be interrogated at any proceeding in this case before the Court.

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against Angel Acevedo in any criminal case except a prosecution for perjury, giving a false statement, or otherwise failing to comply with this Order.

JOSEPH L. TAURO
UNITED STATES DISTRICT JUDGE

DATE: 8/1/05