UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>JOHN PAKALA, AND<br>ANGEL GONZALES (a/k/a "Porky")<br><br>   Defendants | CRIMINAL ACTION<br>NO. 03-10317-JLT |

NOTICE OF APPEARANCE

   Pursuant to Local Rule 83.5.2, Lisa Amatangel of Wilmer Cutler Pickering Hale and Dorr LLP hereby enters her appearance on behalf of Third Party Individual, Angel Acevedo, in this case.

                                        Angel Acevedo,

                                        By his attorney,


                                        _____/s/ Lisa Amatangel_____
                                        Lisa Amatangel (BBO # 645319)
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        60 State Street
                                        Boston, MA  02109
                                        lisa.amatangel@wilmerhale.com
                                        (617) 526-6000

Dated:  August 3, 2005

US1DOCS 5223193v1