UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

    vs                                        03-CR-10317-JLT

JOHN M. PAKALA AND
ANGEL GONZALES

### DEFENDANT, ANGEL GONZALES', MOTION IN LIMINE

Now comes the defendant, Angel Gonzales, in the above entitled case and moves that the government be precluded from introducing any hearsay testimony from its proposed witness, Pauline Hassett, concerning any statements made to her by the codefendant, John Pakala, concerning the defendant, Angel Gonzales.

The defendant submits that such testimony would violate the Confrontation Clause of the Sixth Amendment. <u>Crawford v. Washington, 541 U.S. 36, 68 (2004)</u>

    Respectfully submitted
    Angel Gonzales
    by his attorney,

    <u>/s/ Paul F. Markham</u>
    Paul F. Markham
    P.O. Box 1101
    Melrose, MA 02176
    781-665-1800
    Fax 281-665-4448
    B.B.O. 3208