UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | |
| | ) | CRIMINAL No. 03-CR-10317-JLT |
| ANGEL GONZALES | ) | |
| a/k/a "Porky" | ) | |
| Defendant. | ) | |

UNITED STATES' AMENDED EXHIBIT LIST

| EXHIBIT No. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 1 | Heckler and Koch 9 mm pistol, serial number 24-049373 | | | |
| 2 | Colt .45 caliber pistol, serial number 70B31251 | | | |
| 3 | Colt .45 caliber pistol, serial number FN32227 | | | |
| 4 | Photo of Ruger .44 caliber revolver, serial number 500-81258 | | | |
| 5 | Photo of Smith and Wesson .357 revolver, serial number N26407 | | | |
| 6 | Photo of John Pakala | | | |
| 7 | Police warning notice issued to John Pakala | | | |

| EXHIBIT NO. | DESCRIPTION | IDENTIFIED | OFFERED | ADMITTED |
|---|---|---|---|---|
| 8 | Food stamp work registration-John Pakala | | | |
| 9 | Residential lease-John Pakala | | | |

        Respectfully submitted,

        MICHAEL J. SULLIVAN
        United States Attorney

By:  /s/ Sandra S. Bower
     SANDRA S. BOWER
     LISA M. ASIAF
     Assistant U.S. Attorneys
     U. S. Attorney's Office
     John Joseph Moakley
     United States Courthouse
     1 Courthouse Way, Suite 9200
     Boston, MA  02210
     617-748-3184