```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

UNITED STATES OF AMERICA

        v.                         Criminal No. 03-CR-10317-JLT

ANGEL GONZALES
      a/k/a "Porky"
           Defendant.

## UNITED STATES' AMENDED WITNESS LIST

Angel Acevedo
Suffolk County House of Correction
(South Bay)
Boston, MA

Sgt. James Atkins
Chelsea Police Department
Chelsea, MA

ATF Inspector Wayne Bettencourt
Boston, MA

Officer Chris Borum
Cambridge Police Department
Cambridge, MA

Robert Boudrow
Chelsea, MA

Detective Scott Conley
Chelsea Police Department
Chelsea, MA

Trooper William Cullen
Massachusetts State Police
Leominster, MA

Officer Roger DiGaetano
Chelsea Police Department
Chelsea, MA

Trooper Christine Fisher
Crime Scene Services Section
Massachusetts State Police
Devens, MA

Pauline Hassett
Dorchester, MA

Officer Edwin Hernandez
Chelsea Police Department
Chelsea, MA

Philip E. Langton
Massachusetts State Police
Firearms Identification Unit
Sturbridge, MA

Trooper Michael Lyver

```
Massachusetts State Police
Sturbridge, MA
```

```
John C. Murphy
Massachusetts State Police
Firearms Identification Unit
Danvers, MA

ATF Special Agent Sheila O'Hara
Boston, MA

ATF Special Agent Tony Thurman
Boston, MA
```

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ Sandra S. Bower
      SANDRA S. BOWER
      LISA M. ASIAF
      Assistant U.S. Attorney
      U. S. Attorney's Office
      John Joseph Moakley
      United States Courthouse
      1 Courthouse Way, Suite 9200
      Boston, MA  02210