UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**HABEAS CORPUS AD TESTIFICANDUM**

**TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF MASSACHUSETTS,** or any of his deputies and to:

**SHERIFF**
Suffolk County House of Correction
20 Bradston Street
Boston, MA 02118

**YOU ARE COMMANDED** to have the body of **ANGEL ACEVEDO, (Inmate No. 0502271)** now in your custody, before the United States District Court for the District of Massachusetts at Boston on Monday, **August 8, 2005**, at **10 a.m.** for the purpose of trial in Courtroom 20, 7th Floor, United States Courthouse, 1 Courthouse Way, Boston, Massachusetts, in the case of **United States v. Angel Gonzales, a/k/a "Porky," Criminal No. 03-10317-JLT.** And you are to retain the body of said **ANGEL ACEVEDO** while before said Court upon said day and upon such further days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said prisoner to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And have you then and there this WRIT with your doings herein.

Dated at Boston in said District this _1_ day of August 2005.

_____
JOSEPH L. TAURO
United States District Judge

SARAH ALLISON THORNTON
By: _____
Deputy Clerk

Requested by AUSA Sandra S. Bower