UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

"FILED IN OPEN COURT"
8/10/05

UNITED STATES OF AMERICA

v.                                    Crim. No. 03-CR-10317-JLT

ANGEL GONZALES
    a/k/a "Porky"
        Defendant.

UNITED STATES' SUPPLEMENTAL JURY INSTRUCTION

Pursuant to Fed.R.Crim.P. 30, the United States respectfully requests that the following instruction also be given to the jury:

**Caution as to Immunized Witness Testimony**

You've heard testimony in this case from a witness, Angel Acevedo, who testified under a grant of immunity issued by the Court. What this means is that the testimony of this witness may not be used against him in any subsequent criminal proceeding. However, if this witness testified untruthfully, he could be prosecuted for perjury or making a false statement, even though he was testifying under a grant of immunity. Some people in this position are entirely truthful when testifying. Still, the testimony of an immunized witness must always be scrutinized and weighed with particular caution and care. The witness may have had a reason to make up stories or exaggerate what others did because he wanted to help himself. You must determine whether the testimony of such a witness has been affected by any interest in the outcome of this case, any prejudice against the defendant, or by any of the benefits he has received from the government as a

result of being immunized from prosecution.

<u>United States v. Simonelli</u>, 237 F.3d 19, 29 (1st Cir. 2001); <u>United States v. Newton</u>, 891 F.2d 944, 949 n.8 (1st Cir. 1989); First Circuit Pattern 2.08.

                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

By: *Sandra S. Bower*
     SANDRA S. BOWER
     LISA M. ASIAF
     Assistant United States Attorneys
     1 Courthouse Way, Suite 9200
     Boston, MA 02210
     (617) 748-3184

CERTIFICATE OF SERVICE

      This is to certify that I have on August 10, 2005, served upon the person listed below a copy of the foregoing document by hand delivery: Paul F. Markham, PO Box 1101, Melrose, MA 02176.

                         *Sandra S. Bower*
                         Sandra S. Bower
                         Assistant U.S. Attorney