*Filed in open court 8-10-05 Z.L.*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | 03-CR-10317-JLT |
| ) | |
| ANGEL GONZALES, ET AL ) | |

### MOTION OF THE DEFENDANT, ANGEL GONZALES, FOR JUDGEMENT OF ACQUITTAL

Now comes the defendant, Angel Gonzales, and moves, pursuant to Rule 29(c), that the court order that a judgment of acquittal be entered on counts 2 and 3 of the indictment for the reason that the evidence is insufficient to sustain a conviction of the offenses alleged in said counts.

### REQUEST FOR ORAL ARGUMENT

It is respectfully requested that the Court hear oral argument on this motion and submits that oral argument will assist the Court in deciding this motion.

*Allowed as to Count 3 — otherwise denied. Taur DJ 8/10/05*

Respectfully submitted
Angel Gonzales
by his attorney,

Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208