UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
        vs               )                    03 CR10317-JLT
                         )
ANGEL GONZALES, ET AL    )

## MOTION FOR PAYMENT OF INTERIM FEES

    Now comes Paul F. Markham, the court appointed counsel for the defendant, Aangel Gonzales, in the above entitled case and respectfully moves that he be paid for interim fees accrued since his appointment on or about November 5, 2003. Since that time counsel has expended in excess of 85 hours including court appearances, research, interviews, review of records, including discovery materials, and travel. The defendat was found guilty of the one count charge against on August 11, 2005. It is submitted that no final judgment will be entered in the case until after Pretrial Services Report has conducted a preliminary pretrial investigation and has filed a final Presentence report and the defendant has been sentenced. That procedure could require two or more months to complete and it has been counsel's experience that payment is not usually received until one to two months after bills are submitted.

    Based upon the foregoing the said Paul F. Markham moves that he be paid interim compensation for services performed from the date of his appointment to the present time so that payment for those services will not be delayed for an additional four months.

Respectfully submitted,

Paul F. Markham

Allowed
/Tauro J
8/11/05