AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF MASSACHUSETTS

v.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: CR 03-10317

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| JOSEPH L. TAURO | BOWER, ASIAF | PAUL MARKHAM |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 8/8/05 To | CAROL SCOTT | ZITA LOVETT |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8-8-05 | ✓ | ✓ | HECKLER + KOCH 9mm PISTOL: BOUDROW |
| 2 | | " " | ✓ | ✓ | COLT 45 CALIBER PISTOL: " " |
| 3 | | " " | ✓ | ✓ | COLT 45 CALIBER PISTOL " " |
| 4 | | " " | ✓ | ✓ | PHOTO OF RUGER REVOLVER: " " |
| 5 | | " " | ✓ | ✓ | PHOTO OF SMITH/WESSON: " " |
| 7 | | " " | ✓ | ✓ | POLICE WARNING NOTICE JOHN PAKALA - |
| 6 | | " " | ✓ | ✓ | PHOTO OF PAKALA: HASSETT |
| 8 | | " " | ✓ | ✓ | FOOD STAMP  BONUM |
| 9 | | " " | ✓ | ✓ | RESIDENTIAL LEASE - PAKALA - Bonum |
| 10 | | 8-9-05 | ✓ | ✓ | IMMUNITY ORDER - "ANGEL ACEVEDO" |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages