CASE NO: (■■■) (CRIMINAL) CR 03-10317-JLT

TITLE: U.S.A. vs ANGEL GONZALES

## JURY PANEL

1. Thomas R. Caron, #10
2. Andrew J. Alleyne, #12
3. Allison M. Thambash, #41
4. ~~Donna J. Carifio, #38~~
5. W. David Bodenrader, #14
6. Ronald J. Krzywonos, #40
7. Randy M. Rezendes, #45
8. Richard V. Caunter, #18
9. Carol G. Rockne, #30
10. Laura J. Ashworth, #43
11. William Akie, #33
12. Mary F. McGonagle, #31

Eric A. Martin, #16 — Alternate #1
Peter T. Sheehan, #20 — Alternate #2
Alternate #3
Alternate #4

(■■■) (GOV'T) **WITNESSES**   **DEFENDANT**

1. Robert Bouldrow, 8/8
2. ~~Officer~~ Roger DiGaetano, 8/8
3. Pauline Hassett 8/8
4. Chris Borum, 8/8
5. ~~Det.~~ Scott Conley, 8/8
6. Sgt. James Atkins, 8/8
7. Angel Acevedo 8/9
8. Edwin Hernandez, 8/9
9. William Cullen 8/9
10. Michael Lyver, 8/9
11. Wayne Bettencourt, 8/9
12. Tony Thurman, 8/9
13. Christine Fisher 8/9
14. Sheila O'Hara, 8/9, 8/10
15. Agt. Kelter 8/10

1. Angel Gonzalez 8/10
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.