Your Honor,

We, the members of the jury, have reached a verdict.

Foreman, Thom Cann

4:25 P.M.

Your Honor,

The members of the jury respectfully wish to inform you that our deliberations will need to be continued tomorrow morning.

Foreman, Tom Canon