UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>**UNITED STATES OF AMERICA**</u>

v.                                              CASE NO. <u>CR 03-10317-JLT</u>

<u>**ANGEL GONZALES, a/k/a 'Porky'**</u>

<u>**VERDICT FORM**</u>

WE, THE JURY, FIND:     <u>**THE DEFENDANT,**</u>  <u>**ANGEL GONZALES**</u>

GUILTY  <u>✓</u>     NOT GUILTY _____     OF : <u>AIDING and ABETTING the SALE of</u>

<u>STOLEN FIREARMS</u>.

<u>8-11-05</u>                                          <u>Thomas Camm</u> (signature)
DATE                                              FOREPERSON'S SIGNATURE