UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
       vs                                                                           03-CR-10317-JLT
ANGEL GONZALES

ANGEL GONZALES' MOTION FOR ORDER DIRECTING THE SHERIFF OF
PLYMOUTH COUNTY TO PROVIDE NECESSSARY MEDICAL ATTENTION

      Now comes Angel Gonzales, a defendant in the above entitled case, and moves the court enter an Order directing the Sheriff of Plymouth County, Massachusetts, as the person responsible for the care and of the defendant while he is housed at the Plymouth County Correctional Facility in Plymouth, Massachusetts, to provide necessary medical services and attention to the defendant. The defendant is in constant pain as a result of an injured shoulder and has been advised by the medical staff at the Shattuck Hospital in Boston, Massachusetts that he requires surgery to repair the shoulder. The surgery is scheduled to be performed on or about September 13, 2005. The defendant has been advised by the staff at the Plymouth County Correctional Facility that the needed surgery will not be provided to him.

      WHEREFORE, the defendant moves that the court enter an order, directing the Sheriff of Plymouth County to provide the necessary medical services to the defendant, including transportation to the Shattuck Hospital for the purpose performing the needed surgery.

Respectfully submitted
Angel Gonzales
by his attorney,


/s/ Paul F. Markham
Paul F. Markham
P.O. Box 1101
Melrose, MA 02176
781-665-1800
Fax 281-665-4448
B.B.O. 3208