IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | NO. 03-10317-02-JLT |
| | ) | |
| ANGEL GONZALEZ | ) | |

## MOTION TO CONTINUE SENTENCING HEARING

The Probation Office hereby moves this Honorable Court to continue the sentencing in the above-captioned case, which is presently scheduled for 10:00 a.m. on October 19, 2005, for a period of at least 30 days. In support of this motion, the Probation Office notes that it is unable to effectively prepare a presentence report, specifically an accurate and complete criminal history calculation, in accordance with the procedural order which was issued in this case. To date, the Probation Office has received only nine of the defendant's 55 criminal cases which are contained in his criminal history. The Probation Office further notes that both the government and the defendant assent to this motion.

Cc: Sandra Bower, AUSA
    Paul Markham