UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal Action No. 03-10317-JLT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ANGEL GONZALES | ) |

**PLYMOUTH COUNTY SHERIFF'S DEPARTMENT OPPOSITION TO DEFENDANT'S MOTION FOR ORDER TO PROVIDE MEDICAL TREATMENT**

Now comes the Plymouth County Sheriff's Department and opposes the Defendant's motion for an order directing the Department to provide certain medical attention. As grounds therefor, the Department states that the Defendant has produced no evidence that the proposed surgery is necessary medical treatment. The Defendant has failed to submit any affidavit or any other document evidencing the facts he alleges. L.R. 7.2(B)(1). Further, the Defendant has failed to cite any authority for his motion or any reason why the Court addressing his criminal action is the proper forum for this motion.

For the reasons described above, the Sheriff's Department requests that the Court deny the Defendant's Motion.

        Respectfully submitted
        for the Plymouth County Sheriff's Department
        by its attorney:

        /s/ Patrick C. Lee
        _____
        Patrick C. Lee, General Counsel
        Plymouth County Sheriff's Department
        24 Long Pond Road
        Plymouth, MA  02360
        (508) 830-6287
        B.B.O. #634980

DATED: September 12, 2005

## CERTIFICATE OF SERVICE

I, Patrick C. Lee, certify that on this 12th day of September, 2005 I served the within pleadings upon the parties by mailing postage prepaid to:

Paul F. Markham
PO Box 1101
Melrose, MA 02176

Lisa Asiaf
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210

Signed under the pains and penalties of perjury,

/s/ Patrick C. Lee
_____
Patrick C. Lee
General Counsel
Plymouth County Sheriff's Department