AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

DISTRICT OF Massachusetts

United States
v.
Angel Gonzalez

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 03cr10317

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Tauro | S. Bower & L. Asiaf | P. Markham |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|  | Carol Scott | Kimberly M. Abaid |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | ✓ | ✓ | Polaroid booking photo |
| 1A | | | ✓ | ✓ | Probation request for dockets |
| 1B | | | ✓ | ✓ | Docket from Chelsea P.D. |
| 2 | | | ✓ | ✓ | Polaroid booking photo |
| 2A | | | ✓ | ✓ | Certified copy of the docket |
| 2B | | | ✓ | | Uncertified copy of the docket |
| 3 | | | ✓ | ✓ | Polaroid from Chelsea P.D. |
| 3A | | | ✓ | ✓ | Certified docket |
| 4 | | | ✓ | | Polaroid from Chelsea P.D. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages