CASE NO: (CIVIL) (CRIMINAL) _____

TITLE:_____ VS _____

## JURY PANEL

(1._____    (7._____

(2._____    (8._____

(3._____    (9._____

(4._____    (10._____

(5._____    (11._____

(6._____    (12._____

_____          _____
      Alternate # 1                       Alternate # 2

_____          _____
      Alternate # 3                       Alternate # 4

~~(PLTFF)~~ (GOV'T)    W I T N E S S E S    DEFENDANT

1. P O Buckley                     1. _____
2. _____         2. _____
3. _____         3. _____
4. _____         4. _____
5. _____         5. _____
6. _____         6. _____
7. _____         7. _____
8. _____         8. _____
9. _____         9. _____
10. _____         10. _____
11. _____         11. _____
12. _____         12. _____
13. _____         13. _____
14. _____         14. _____