UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )  )  **v.** )  ) **ANGEL GONZALES,** ) **Defendant** ) | Criminal No. 03-10317-JLT |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) appeals to the United States Court of Appeals for the First Circuit from the sentence imposed on the defendant Angel Gonzales by the district court (Joseph L. Tauro, J.) and the resulting Judgment in a Criminal Case (entered on the docket on January 17, 2006.)

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Sandra S. Bower
SANDRA S. BOWER
Assistant U.S. Attorney

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on **February 10, 2006.**