## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10317

United States of America

v.

Angel Gonzales

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I & II are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/10/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 15, 2006.

Sarah A Thornton, Clerk of Court

By: _Cecilia Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _3/16/66_.

_Barchard_

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

APPEAL, MAG

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:03-cr-10317-JLT-ALL

Case title: USA v. Pakala                    Date Filed: 10/08/2003
Magistrate judge case number: 1:03-mj-01723-CBS

Assigned to: Judge Joseph L.
Tauro

**Defendant**

**John Pakala** (1)                represented by    **Catherine K. Byrne**
                                                    Federal Defender's Office
                                                    District of Massachusetts
                                                    408 Atlantic Ave.
                                                    Third Floor
                                                    Suite 328
                                                    Boston, MA 02210
                                                    617-223-8061
                                                    Fax: 617-223-8080
                                                    Email: catherine_byrne@fd.org
                                                    *TERMINATED: 05/05/2005*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: Public Defender or*
                                                    *Community Defender*
                                                    *Appointment*

                                                    **Eileen M. Donoghue**
                                                    112 Middle Street
                                                    Lowell, MA 01852
                                                    978-458-7070
                                                    Fax: 978-452-7606
                                                    Email:
                                                    edonoghue.atty@prospeed.net
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*
                                                    *Designation: CJA Appointment*

## Pending Counts

Felon in Possession of a Firearm
(18:922(g)(1))
(1)
18:922(g)(1) Felon in Possession
of Firearms
(1s)
18:922(j) Possession and Sale of
Stolen Firearms
(2s)

## Highest Offense Level
## (Opening)

Felony

## Terminated Counts

18:922(a)(1)(A) Unlicensed
Dealing in Firearms
(3s)

## Highest Offense Level
## (Terminated)

Felony

## Complaints

18:922(g)(1) felon in possession
of a firearm in interstate
commerce

## Disposition

## Disposition

Dismissed on Motion of the
Government

## Disposition

---

Assigned to: Judge Joseph L.
Tauro

## Defendant

**Angel Gonzales** (2)          represented by   **Paul Markham**
*TERMINATED: 01/15/2006*                         PO Box 1101
*also known as*                                  Melrose, MA 02176
Porky (2)                                        781-665-1800

*TERMINATED: 01/15/2006*

Fax: 781-665-4448
Email:
PaulMarkham@comcast.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

### Pending Counts

### Disposition

The defendant is hereby
committed to the custody of the
United States Bureau of Prisons to
be imprisoned for a total term of
96 months. The Court
recommends that the defendant
serve this sentence at FMI Ft.
Devens, Mass. and that the
defendant participate in the 500
hour drug reatment and a mental
health program. Upon release
from imprisonment, the defendant
shall be on supervised release for
a term of 2 years. The standard
conditions of supervision will
apply. The defendant shall not
possess a firearm, ammunition,
destructive device, or any other
dangerous weapon. The defendant
shall cooperate in the collection of
DNA as directed by the probation
officer. The defendant shall
participate in a program for
substance abuse counseling as
directed by the Probation Office.
The defendant shall be required to
contribute to the costs of services
for such treatment based on the
ability to pay or availability of
third-party payment. The
defendant is to participate in a
mental health treatment program
as directed by the United States
Probation Office. The defendant

18:922(j) Possession and Sale of
Stolen Firearms
(2)

shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. A special assessment fee of $100 is to be paid.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                          **Disposition**

18:922(a)(1)(A) Unlicensed Dealing in Firearms (3)

**Highest Offense Level (Terminated)**

Felony

**Complaints**                                 **Disposition**

None

---

**Interested Party**

**James Davis-Sanon**              represented by   **Raymond E. Gillespie**
                                                   Raymond E. Gillespie, Esq.
                                                   875 Massachusetts Avenue
                                                   Suite 32
                                                   Cambridge, MA 02139
                                                   617-661-3222
                                                   Fax: 617-441-9088
                                                   Email: rgillespie1@prodigy.net
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*
                                                   *Designation: CJA Appointment*

---

**Interested Party**

**Kencheser Martin**                     represented by **Benjamin D. Entine**
                                                        Attorney at Law
                                                        Suite 300
                                                        77 Franklin Street
                                                        Boston, MA 02110
                                                        617-357-0770
                                                        Fax: 617-357-1612
                                                        Email: bejdphd@earthlink.net
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

**Interested Party**

**Angel Acevedo**                        represented by **Lisa Amatangel**
                                                        Wilmer Cutler Pickering Hale and
                                                        Dorr LLP
                                                        60 State Street
                                                        Boston, MA 02109
                                                        617-526-6643
                                                        Fax: 617-526-5000
                                                        Email:
                                                        lisa.amatangel@wilmerhale.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: Retained*

                                                        **Stephen A. Jonas**
                                                        Wilmer Cutler Pickering Hale and
                                                        Dorr LLP
                                                        60 State Street
                                                        Boston, MA 02115
                                                        617-526-6144
                                                        Fax: 617-526-5000
                                                        Email:
                                                        stephen.jonas@wilmerhale.com
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: CJA Appointment*

**Plaintiff**

**USA**                              represented by **Lisa M. Asiaf**
                                                United States Attorney's Office
                                                Organized Crime Drug Task
                                                Force
                                                John Joseph Moakley U.S.
                                                Courthouse
                                                Suite 9200
                                                Boston, MA 02210
                                                (617) 748-3268
                                                Fax: (617) 748-3358
                                                Email: lisa.asiaf@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

                                                **Sandra S. Bower**
                                                United States Attorney's Office
                                                John Joseph Moakley Federal
                                                Courthouse
                                                1 Courthouse Way
                                                Suite 9200
                                                Boston, MA 02210
                                                617-748-3184
                                                Fax: 617-748-3965
                                                Email: Sandra.Bower@usdoj.gov
                                                *LEAD ATTORNEY*
                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2003 | 1 | COMPLAINT as to John Pakala (1). (Attachments: # 1 Affidavit) (Hurley, Virginia)[1:03-mj-01723-CBS] (Entered: 09/11/2003) |
| 09/09/2003 | 2 | CJA 23 Financial Affidavit by John Pakala (Hurley, Virginia) [1:03-mj-01723-CBS] (Entered: 09/11/2003) |
| 09/09/2003 |  | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood : Government seeks detention and continuance of detention hearing. Defendant remanded to the custody of the US Marshal. Detention Hearing as to John Pakala held on 9[1:03/9/2003, Initial Appearance as to John Pakala held on 9/9/2003, Added attorney Catherine K. Byrne for John Pakala. Preliminary Examination set for 9/12/2003 02:00 PM in Courtroom 16 before Magistrate Judge Charles B. |

Case 1:03-cr-10317-JLT     Document 140     Filed 03/16/2006     Page 7 of 26

| | | |
|---|---|---|
| | | Swartwood. (Tape #03-57.)(Hurle[1:03y, Virginia)[1:03-mj-01723-CBS] (Entered: 09/11/2003) |
| 09/09/2003 | 3 | Judge Charles B. Swartwood : ORDER entered ORDER OF DETENTION as to John Pakala Detention Hearing set for 9/12/2003 02:00 PM in Courtroom 16 before Magistrate Judge Charles B. Swartwood. (Hurley, Virginia)[1:03-mj-01723-CBS] (Entered: 09/11/2003) |
| 09/10/2003 | 4 | Arrest Warrant Returned Executed on 09/10/03. as to John Pakala. (Spencer, Sherry)[1:03-mj-01723-CBS] (Entered: 09/16/2003) |
| 09/12/2003 | 5 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Detention Hearing as to John Pakala held on 9/12/2003 (Tape #03-58.) (Roland, Lisa)[1:03-mj-01723-CBS] (Entered: 09/18/2003) |
| 09/12/2003 | 6 | EXHIBIT/WITNESS LIST re: detention hearing as to John Pakala (Roland, Lisa)[1:03-mj-01723-CBS] (Entered: 09/18/2003) |
| 09/15/2003 | 7 | Judge Charles B. Swartwood : Memorandum of Probable Cause and Order on the Government's motion for DETENTION as to John Pakala, cc/cl. (Roland, Lisa)[1:03-mj-01723-CBS] (Entered: 09/18/2003) |
| 10/01/2003 | 8 | TRANSCRIPT of Iniitial Appearance as to John Pakala held on September 9, 2003 before Judge Swartwood. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obta[1:03ined by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah)[1:03-mj-01723-CBS] (Entered: 10/01/2003) |
| 10/01/2003 | 9 | TRANSCRIPT of Probable Cause and Detention Hearing as to John Pakala held on September 12, 2003 before Judge Swartwood. Tape Number: Transcribed by: Maryann Young. The original transcripts are maintained in the case file in the Clerk's Office. [1:03Copies may be obtained by contacting Maryann Young at 508-384-2003 or the Clerk's Office. (Scalfani, Deborah)[1:03-mj-01723-CBS] (Entered: 10/01/2003) |
| 10/08/2003 | | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. |

| | | Swartwood Reason for referral: pretrial proceedings as to John Pakala (Gawlik, Cathy) (Entered: 10/08/2003) |
|---|---|---|
| 10/08/2003 | ●10 | INDICTMENT as to John Pakala (1) count(s) 1. (Roland, Lisa) (Entered: 10/17/2003) |
| 10/17/2003 | ●11 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to John Pakala (1) Count 1 held on 10/17/2003, Not Guilty Plea entered by John Pakala on counts 1. (Court Reporter Cheryl Dahlstrom.) (Roland, Lisa) (Entered: 10/17/2003) |
| 10/17/2003 | ●12 | NOTICE OF Initial Status Conference HEARING as to John Pakala Status Conference set for 11/26/2003 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Jones, Sherry) (Entered: 10/17/2003) |
| 10/17/2003 | ●13 | Judge Charles B. Swartwood : ORDER entered SCHEDULING ORDER as to John Pakala, cc/cl. (Jones, Sherry) (Entered: 10/17/2003) |
| 10/17/2003 | ●14 | Judge Charles B. Swartwood : ORDER entered ORDER ON EXCLUDABLE DELAY as to John Pakala Time excluded from 10/17/03 until 11/14/03, cc/cl. (Jones, Sherry) (Entered: 10/17/2003) |
| 11/21/2003 | ●15 | JOINT MEMORANDUM of the parties re initial status conference by John Pakala (Jones, Sherry) (Entered: 11/21/2003) |
| 11/26/2003 | ●16 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala ; Status Conference set for 1/6/2004 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/26/2003) |
| 11/26/2003 | ●17 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to John Pakala; Time excluded from November 14, 2003 until January 6, 2004, cc/cl. (Roland, Lisa) (Entered: 11/26/2003) |
| 12/01/2003 | ●18 | Judge Charles B. Swartwood : AMENDED ORDER OF EXCLUDABLE DELAY as to John Pakala; Time excluded from November 14, 2003 until January 6, 2004, cc/cl. (Roland, Lisa) (Entered: 12/03/2003) |
| 12/03/2003 | ●19 | Superseding INDICTMENT as to John Pakala (1) count(s) 1s, 2s, 3s, Angel Gonzales (2) count(s) 2, 3. (Gawlik, Cathy) |

| | | (Entered: 12/03/2003) |
|---|---|---|
| 12/03/2003 | 🌀 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: pretrial proceedings re: Superseding Indictment as to John Pakala, Angel Gonzales (Gawlik, Cathy) (Entered: 12/03/2003) |
| 12/30/2003 | 🌀20 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to John Pakala (1) Count 1s,2s,3s held on 12/30/2003, Not Guilty Plea entered by John Pakala on counts 1-3. (10:32 A.) (Roland, Lisa) (Entered: 12/31/2003) |
| 01/06/2004 | 🌀 | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to John Pakala held on 1/6/2004. Case called, Counsel (Bower, Byrne) appear by telephone for status conference, Counsel request additional time, Case continued, Time to be excluded. (3:25 P.) (Roland, Lisa) (Entered: 01/06/2004) |
| 01/06/2004 | 🌀21 | Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Arraignment as to Angel Gonzales (2) Count 2,3 held on 1/6/2004, Not Guilty Plea entered by Angel Gonzales (2) on counts 2 & 3. (10:45 A.) (Roland, Lisa) (Entered: 01/06/2004) |
| 01/06/2004 | 🌀22 | NOTICE OF HEARING as to Angel Gonzales; Status Conference set for 2/17/2004 10:00 AM in BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 01/07/2004) |
| 01/06/2004 | 🌀23 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to Angel Gonzales; Time excluded from January 6, 2004 until February 3, 2004, cc/cl. (Roland, Lisa) (Entered: 01/07/2004) |
| 01/06/2004 | 🌀24 | Judge Charles B. Swartwood : SCHEDULING ORDER as to Angel Gonzales, cc/cl. (Roland, Lisa) (Entered: 01/07/2004) |
| 01/07/2004 | 🌀25 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala; Status Conference set for 2/17/2004 10:00 AM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 01/08/2004) |
| 01/07/2004 | 🌀26 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to John Pakala; Time excluded from January 6, 2004 until February 17, 2004, cc/cl. (Roland, Lisa) (Entered: |

| | | 01/08/2004) |
|---|---|---|
| 02/12/2004 | 27 | JOINT MEMORANDUM of the parties re initial status conference by Angel Gonzales (Bell, Marie) (Entered: 02/19/2004) |
| 02/17/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to John Pakala held on 2/17/2004. Case called, Counsel (Bower, Byrne) appear for status conference, Counsel request additional time, Case continued, Time to be excluded. (10:11 A.) (Roland, Lisa) (Entered: 02/17/2004) |
| 02/18/2004 | 28 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala, Angel Gonzales; Status Conference set for 3/25/2004 02:00 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 03/02/2004) |
| 02/18/2004 | 29 | Judge Charles B. Swartwood :ORDER ON EXCLUDABLE DELAY as to John Pakala, Angel Gonzales; Time excluded from February 17, 2004 until March 19, 2004, cc/cl. (Roland, Lisa) (Entered: 03/02/2004) |
| 03/04/2004 | 30 | Letter (non-motion) regarding response to discovery letter as to John Pakala. (Jones, Sherry) (Entered: 03/04/2004) |
| 04/02/2004 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to Angel Gonzales, John Pakala held on 4/2/2004. Case called, Counsel (Bower, Markham) appear by telephone, Counsel request additional time, Case continued, Time to be excluded. (3:09 p.) (Roland, Lisa) (Entered: 04/02/2004) |
| 04/02/2004 | 31 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala, Angel Gonzales ; Status Conference set for 5/5/2004 02:30 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 04/06/2004) |
| 04/02/2004 | 32 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to John Pakala, Angel Gonzales ; Time excluded from March 19, 2004 until May 5, 2004. (Roland, Lisa) (Entered: 04/06/2004) |
| 04/15/2004 | 33 | Letter to Sandra Bower regarding Discovery as to John Pakala from Catherine Byrne. (Abaid, Kim) (Entered: 04/20/2004) |
| 05/04/2004 | 34 | JOINT SUBMISSION pursuant to Local Rule 116.5(C) as to |

| | | |
|---|---|---|
| | | John Pakala, Angel Gonzales (Hassett, Kathy) (Entered: 05/04/2004) |
| 05/05/2004 | ●35 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala, Angel Gonzales; Status Conference set for 6/14/2004 10:15 AM IN BOSTON, Courtroom 16 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 05/07/2004) |
| 05/05/2004 | ●36 | Judge Charles B. Swartwood :ORDER ON EXCLUDABLE DELAY as to John Pakala, Angel Gonzales; Time excluded from May 5, 2004 until June 11, 2004, cc/cl. (Roland, Lisa) (Entered: 05/07/2004) |
| 06/01/2004 | ●37 | MOTION for Extension of Time to 06/01/2004 to File *Motion To Suppress* as to John Pakala. (Byrne, Catherine) (Entered: 06/01/2004) |
| 06/01/2004 | ●38 | MOTION to Suppress *Fruits Of Illegal Warrantless Searches on June 18 and August 3, 2003 (Search And Seizure)* as to John Pakala. (Byrne, Catherine) (Entered: 06/01/2004) |
| 06/01/2004 | ●39 | MOTION for Leave to File Defendant's Affidavit in Support of Motion to Suppress Upon Receipt as to John Pakala . (Attachments: # 1 Affidavit of John Pakala)(Abaid, Kim) (Entered: 06/01/2004) |
| 06/01/2004 | ● | Notice of correction to docket made by Court staff. Correction: Entry 39 corrected because: Corrected entry to be listed on docket as motion for leave to file, was listed as affidavit but document was motion. Affidavit is attachment until ruled on by Judge Tauro. (Abaid, Kim) (Entered: 06/01/2004) |
| 06/08/2004 | ●40 | Assented to MOTION for Extension of Time to June 22, 2004 to File Response/Reply as to 38 MOTION to Suppress *Fruits Of Illegal Warrantless Searches on June 18 and August 3, 2003 (Search And Seizure)* as to John Pakala by USA. (Bower, Sandra) (Entered: 06/08/2004) |
| 06/14/2004 | ● | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Conference as to John Pakala, Angel Gonzales held on 6/14/2004. Case called, Counsel (Bower, Markham, Byrne) appear, Counsel request additional time, Case continued, Time to be excluded. (10:17 A.) (Roland, Lisa) (Entered: 06/14/2004) |
| 06/14/2004 | ● | Judge Charles B. Swartwood : Electronic ORDER entered |

| | | granting 39 Motion for Leave to File as to John Pakala (1). "ALLOWED." cc/cl (Roland, Lisa) (Entered: 06/14/2004) |
|---|---|---|
| 06/14/2004 | ❾ | Judge Charles B. Swartwood : Electronic ORDER entered granting 40 Motion for Extension of Time to File Response/Reply as to John Pakala (1). "ALLOWED, opposition to be filed by 6/22/2004." cc/cl (Roland, Lisa) (Entered: 06/14/2004) |
| 06/14/2004 | 42 | Judge Charles B. Swartwood : STATUS REPORT as to John Pakala, Angel Gonzales; Status Conference set for 7/15/2004 02:15 PM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 06/22/2004) |
| 06/14/2004 | 43 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to John Pakala, Angel Gonzales; Time excluded from June 11, 2004 until July 12, 2004, cc/cl. (Roland, Lisa) (Entered: 06/22/2004) |
| 06/17/2004 | 41 | Assented to MOTION to Sever Defendant as to John Pakala. (Byrne, Catherine) (Entered: 06/17/2004) |
| 06/22/2004 | 44 | MOTION for Extension of Time to July 9, 2004 to respond to defendant Pakala's motion to suppress and to file Government's motion to compel palm prints and dna samples by USA. (Abaid, Kim) (Entered: 06/23/2004) |
| 06/24/2004 | 45 | MOTION to file signed AFFIDAVIT by John Pakala (Attachments: # 1 Affidavit)(Byrne, Catherine) Modified on 6/28/2004 (Jones, Sherry). was entered as an affidavit, but should be a motion, just modified the text. (Entered: 06/24/2004) |
| 07/09/2004 | 46 | Assented to MOTION to Continue *Status Conference and Hearing* as to John Pakala, Angel Gonzales by USA. (Bower, Sandra) (Entered: 07/09/2004) |
| 07/09/2004 | 47 | MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples* as to John Pakala, Angel Gonzales by USA. (Bower, Sandra) (Entered: 07/09/2004) |
| 07/09/2004 | 48 | MEMORANDUM in Support by USA as to John Pakala, Angel Gonzales re 47 MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples* (Bower, Sandra) (Entered: 07/09/2004) |
| 07/09/2004 | 49 | Opposition by USA as to John Pakala re 38 MOTION to |

| | | |
|---|---|---|
| | | Suppress *Fruits Of Illegal Warrantless Searches on June 18 and August 3, 2003 (Search And Seizure)* (Bower, Sandra) (Entered: 07/09/2004) |
| 07/12/2004 | ➋50 | Opposition by Angel Gonzales re 47 MOTION to Compel, c/s. (Hassett, Kathy) (Entered: 07/13/2004) |
| 07/14/2004 | ➋ | Judge Charles B. Swartwood : Electronic ORDER entered granting 46 Motion to Continue as to Angel Gonzales (2). "ALLOWED. Status conference/motion hearing rescheduled to 7/26/04 at 10:00 a.m." (cc/cl) (Jones, Sherry) (Entered: 07/14/2004) |
| 07/19/2004 | ➋ | Judge Charles B. Swartwood : Electronic ORDER entered granting 46 Motion to Continue as to John Pakala (1). "ALLOWED. Status and Motion hearing rescheduled to 7/26/04 at 10 a.m." (cc/cl) (Jones, Sherry) (Entered: 07/19/2004) |
| 07/19/2004 | ➋ | Judge Charles B. Swartwood : Electronic ORDER entered granting 44 Motion for Extension of Time as to John Pakala (1), Angel Gonzales (2). "ALLOWED." (cc/cl) (Jones, Sherry) (Entered: 07/19/2004) |
| 07/26/2004 | ➋ | ELectronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to John Pakala, Angel Gonzales held on 7/26/2004 re 47 MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples* filed by USA, Status Conference as to John Pakala, Angel Gonzales held on 7/26/2004. Case called, Counsel (Bower, Markham, Byrne--by telephone) appear, Case continued to 7/30/04 @ 9:00 am. (10:32 A.) (Roland, Lisa) (Entered: 07/26/2004) |
| 07/26/2004 | ➋51 | Opposition by John Pakala re 47 MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples*. (document was originally e-filed by Catherine Byrne, document was deleted because it was file as a motion not an opposition) (Jones, Sherry) (Entered: 07/27/2004) |
| 07/30/2004 | ➋ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to John Pakala, Angel Gonzales held on 7/30/2004 re 47 MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples* filed by USA, Status Conference as to John Pakala, Angel Gonzales held on 7/30/2004. Case called, Counsel (Bower, |

| | | |
|---|---|---|
| | | Byrne, Markham) appear by telephone, The Court hears arguments on motion, Matter taken under advisment, Order to issue, Case to be returned to the District Judge, Time to be excluded, Final Status Report to issue. (9:11 A.) (Roland, Lisa) (Entered: 07/30/2004) |
| 08/04/2004 | 52 | Judge Charles B. Swartwood : ORDER entered granting 47 Motion to Compel as to John Pakala (1), Angel Gonzales (2), cc/cl. (Roland, Lisa) (Entered: 08/04/2004) |
| 08/04/2004 | 53 | Judge Charles B. Swartwood : FINAL STATUS REPORT as to John Pakala, Angel Gonzales, cc/cl. (Roland, Lisa) (Entered: 08/04/2004) |
| 08/04/2004 | 54 | Judge Charles B. Swartwood : ORDER ON EXCLUDABLE DELAY as to John Pakala, Angel Gonzales ; Time excluded from July 12, 2004 until August 4, 2004, cc/cl. (Roland, Lisa) (Entered: 08/04/2004) |
| 08/04/2004 | | Case as to John Pakala, Angel Gonzales no longer referred to Charles B. Swartwood. (Roland, Lisa) (Entered: 08/04/2004) |
| 08/16/2004 | 55 | AFFIDAVIT of Francisco Napolitano. (Abaid, Kim) (Entered: 08/17/2004) |
| 08/27/2004 | 56 | STATUS REPORT *Relating to Service on Third Party Individuals of Motion to Compel and Order on Production of Fingerprints, Palm Prints and DNA Samples* by USA as to John Pakala, Angel Gonzales (Bower, Sandra) (Entered: 08/27/2004) |
| 09/02/2004 | 57 | Judge Joseph L. Tauro : ORDER entered ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: Appoint Counsel as to John Pakala, Angel Gonzales (Abaid, Kim) (Entered: 09/02/2004) |
| 09/14/2004 | 58 | CJA 23 Financial Affidavit by James Davis-Sanon. (Jones, Sherry) Modified on 9/15/2004 (Jones, Sherry). (Entered: 09/14/2004) |
| 09/24/2004 | 59 | Judge Charles B. Swartwood : CJA 20 : Appointment of Attorney Raymond E. Gillespie for James Davis-Sanon. (Roland, Lisa) (Entered: 10/06/2004) |
| 10/25/2004 | 60 | NOTICE OF HEARING as to John Pakala, Angel Gonzales & Interested Parties;Hearing set for 11/1/2004 11:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, |

| | | cc/cl. (Roland, Lisa) (Entered: 10/25/2004) |
|---|---|---|
| 11/01/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Status Hearing in case as to James Davis-Sanon, Kencheser Martin & Angel Acevedo held on 11/1/2004, Case called, Counsel (Bower, Gillespie, Entine) & Interested Party Martin appear, The Court and Counsel discuss Status, Order to issue, Hearing re-scheduled for December 1, 2004 @ 10:00 am, Mr. Martin remanded to the custody of the US Marshal. (12:42 P.) (Roland, Lisa) (Entered: 11/01/2004) |
| 11/01/2004 | ◯61 | Judge Charles B. Swartwood : CJA 20 : Appointment of Attorney Benjamin D. Entine for Kencheser Martin. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | ◯62 | Judge Charles B. Swartwood :CJA 20 : Appointment of Attorney Stephen A. Jonas for Angel Acevedo. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/02/2004 | ◯63 | Judge Charles B. Swartwood : ORDER entered as to Angel Acevedo, James Davis-Sanon & Kencheser Martin. Evidentiary Hearing set for 12/1/2004 10:00 AM in Courtroom 1 before Magistrate Judge Charles B. Swartwood, cc/cl. (Roland, Lisa) (Entered: 11/02/2004) |
| 11/03/2004 | ◯ | Motions terminated as to John Pakala : 37 MOTION for Extension of Time to 06/01/2004 to File *Motion To Suppress* filed by John Pakala. (Roland, Lisa) (Entered: 11/03/2004) |
| 11/24/2004 | ◯64 | CJA 23 Financial Affidavit by Angel Acevedo. (Jones, Sherry) (Entered: 11/24/2004) |
| 11/29/2004 | ◯65 | Opposition by Angel Acevedo, Kencheser Martin as to John Pakala, Angel Gonzales re 47 MOTION to Compel *Production of Fingerprints, Palm Prints, and DNA Samples* (Soutter, Lynne) (Entered: 11/29/2004) |
| 11/30/2004 | ◯66 | NOTICE *of Attorney Appearance of Lynne Soutter for Angel Acevedo* by Angel Acevedo as to John Pakala, Angel Gonzales (Soutter, Lynne) (Entered: 11/30/2004) |
| 11/30/2004 | ◯67 | Opposition by James Davis-Sanon re 47 MOTION to Compel, c/s. (Jones, Sherry) (Entered: 11/30/2004) |
| 12/01/2004 | ◯ | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to James Davis Sanon, Angel Acevedo, Kencheser Martin held on 12/1/2004 |

| | | re <u>47</u> MOTION to Compel *Production of Fingerprints, Palm Prints and DNA Samples* filed by USA, Case called, Counsel (Bower, Gillespie, Soutter, Entine) & Interested parties appear, The Court hears argument on Motion to Compel, Matter taken under advisment, Kencheser Martin remanded to the custody of the US Marshal. (11:06 A.) (Roland, Lisa) (Entered: 12/01/2004) |
|---|---|---|
| 12/01/2004 | 68 | CJA 23 Financial Affidavit by Kencheser Martin (Roland, Lisa) (Entered: 12/02/2004) |
| 12/16/2004 | 69 | Judge Charles B. Swartwood : ORDER entered as to interested parties Angel Acevedo, Kencheser Martin & James Davis-Sanon, cc/cl. (Roland, Lisa) (Entered: 12/16/2004) |
| 01/25/2005 | 71 | Letter regarding Request for Docket as to John Pakala (Abaid, Kim) (Entered: 03/16/2005) |
| 02/11/2005 | | Case as to John Pakala, Angel Gonzales no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 02/11/2005) |
| 02/15/2005 | 70 | SEALED MOTION as to John Pakala. (Abaid, Kim) (Entered: 02/15/2005) |
| 03/16/2005 | | Docket sheet sent to John Pakala. (Abaid, Kim) (Entered: 03/16/2005) |
| 03/18/2005 | 72 | MOTION for Grand Jury Minutes as to John Pakala. (Abaid, Kim) (Entered: 03/22/2005) |
| 03/24/2005 | 73 | Opposition by USA as to John Pakala re <u>72</u> MOTION for Grand Jury Minutes (Bower, Sandra) (Entered: 03/24/2005) |
| 04/14/2005 | 74 | Judge Joseph L. Tauro : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Charles B. Swartwood Reason for referral: Report and Recommendations on [70] Sealed Motion and <u>72</u> Motion for Grand Jury Minutes as to John Pakala. (Abaid, Kim) Modified on 4/19/2005 (Abaid, Kim). (Entered: 04/14/2005) |
| 05/02/2005 | | Electronic Clerk's Notes for proceedings held before Judge Charles B. Swartwood :Motion Hearing as to John Pakala held on 5/2/2005 re [70] SEALED MOTION filed by John Pakala, <u>72</u> MOTION for Grand Jury Minutes filed by John Pakala, Case called, Counsel (Byrne) & Defendant appear, The Court hears from the Defendant and ALLOWS Sealed Motion, |

| | | |
|---|---|---|
| | | Motion for Grand Jury Minutes DENIED Without Prejudice, Defendant remanded to the custody of the US Marshals. (11:01 A.) (Roland, Lisa) (Entered: 05/02/2005) |
| 05/02/2005 | ❑ | Judge Charles B. Swartwood : Electronic ORDER entered denying 72 Motion for Grand Jury Minutes as to John Pakala (1). "This motion was filed while Mr. Pakala was represented by counsel. For that reason, motion DENIED without prejudice to be filed by Mr. Pakala's new counsel." cc/cl (Roland, Lisa) (Entered: 05/02/2005) |
| 05/05/2005 | 75 | Judge Charles B. Swartwood : CJA 20 as to John Pakala: Appointment of Attorney Eileen M. Donoghue for John Pakala. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/05/2005 | ❑ | Case as to John Pakala no longer referred to Magistrate Judge Charles B. Swartwood. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/05/2005 | ❑ | Attorney update in case as to John Pakala. Attorney Catherine K. Byrne terminated. (Roland, Lisa) (Entered: 05/05/2005) |
| 05/23/2005 | 76 | Letter (non-motion) regarding Attorney as to John Pakala (Abaid, Kim) (Entered: 05/25/2005) |
| 06/02/2005 | 78 | MOTION to Dismiss as to Angel Gonzales. (Abaid, Kim) (Entered: 06/27/2005) |
| 06/03/2005 | ❑ | Motions terminated as to Angel Gonzales: 78 MOTION to Dismiss filed by Angel Gonzales,. PER TELEPHONE CONVERSATION WITH ATTORNEY PAUL MARKHAM, MOTION IS WITHDRAWN. (Abaid, Kim) (Entered: 06/27/2005) |
| 06/07/2005 | 77 | Letter (non-motion) regarding Status of case as to John Pakala (Abaid, Kim) (Entered: 06/13/2005) |
| 06/15/2005 | 79 | Opposition by USA as to Angel Gonzales re 78 MOTION to Dismiss (Abaid, Kim) (Entered: 06/27/2005) |
| 06/24/2005 | ❑ | NOTICE by the COURT: as status conference will be held on June 28, 2005 at 10:30 a.m. as to: by John Pakala, Angel Gonzales (Lovett, Zita) (Entered: 06/24/2005) |
| 06/28/2005 | 80 | Judge Joseph L. Tauro : ORDER entered 41 Motion to Sever Defendant as to John Pakala (1) is ALLOWED. An Evidentiary Hearing re: 38 Motion to Suppress will will commence on August 1, 2005 at 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. Defendant Gonzales's Trial will |

| | | |
|---|---|---|
| | | commence on August 8, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/29/2005) |
| 06/28/2005 | ❸ | Set/Reset Deadlines/Hearings as to John Pakala: Evidentiary Hearing set for 8/1/2005 10:30 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/29/2005) |
| 06/28/2005 | ❸ | Set/Reset Hearings as to Angel Gonzales: Jury Trial set for 8/8/2005 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 06/29/2005) |
| 07/12/2005 | ❸81 | SEALED - MOTION to Seal as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/13/2005) |
| 07/12/2005 | ❸82 | SEALED MOTION as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/13/2005) |
| 07/13/2005 | ❸83 | NOTICE OF ATTORNEY APPEARANCE Lisa M. Asiaf appearing for USA. (Asiaf, Lisa) (Entered: 07/13/2005) |
| 07/14/2005 | ❸84 | MOTION to Seal as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/18/2005) |
| 07/14/2005 | ❸85 | SEALED MOTION as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/18/2005) |
| 07/25/2005 | ❸ | Judge Joseph L. Tauro : Electronic ORDER entered granting 81 Motion to Seal as to John Pakala (1), Angel Gonzales (2); granting [82] Sealed Motion as to John Pakala (1), Angel Gonzales (2) (Abaid, Kim) (Entered: 07/26/2005) |
| 07/25/2005 | ❸ | Judge Joseph L. Tauro : Electronic ORDER entered granting 84 Motion to Seal as to John Pakala (1), Angel Gonzales (2); granting [85] Sealed Motion as to John Pakala (1), Angel Gonzales (2) (Abaid, Kim) (Entered: 07/26/2005) |
| 07/25/2005 | ❸86 | Judge Joseph L. Tauro : SEALED ORDER entered. as to John Pakala, Angel Gonzales (Abaid, Kim) (Entered: 07/26/2005) |
| 07/28/2005 | ❸89 | MOTION for Order as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/29/2005) |
| 07/29/2005 | ❸87 | Proposed Voir Dire by USA as to Angel Gonzales (Bower, Sandra) (Entered: 07/29/2005) |
| 07/29/2005 | ❸88 | MOTION for Writ of Habeas Corpus ad testificandum as to Angel Gonzalesby USA. (Abaid, Kim) (Entered: 07/29/2005) |
| | | |

| 08/01/2005 | 90 | Proposed Jury Instructions by USA as to Angel Gonzales (Bower, Sandra) (Entered: 08/01/2005) |
|------------|-----|---|
| 08/01/2005 | 91 | WITNESS LIST by USA as to Angel Gonzales (Bower, Sandra) Modified on 8/2/2005 (Abaid, Kim). (Entered: 08/01/2005) |
| 08/01/2005 | 92 | EXHIBIT LIST by USA as to Angel Gonzales (Bower, Sandra) Modified on 8/2/2005 (Abaid, Kim). (Entered: 08/01/2005) |
| 08/01/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 88 Motion for Writ of Habeas Corpus ad testificandum as to Angel Gonzales (2) (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | 93 | SEALED MOTION as to John Pakala, Angel Gonzalesby USA. (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting [93] Sealed Motion as to John Pakala (1), Angel Gonzales (2) (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | 94 | Judge Joseph L. Tauro : ORDER entered. 38 Motion to Suppress Fruits of Illegal Warrantless Searches is DENIED. Trial will commence on September 26, 2005 at 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | | Judge Joseph L. Tauro : Electronic ORDER entered granting 89 Motion for Order as to John Pakala (1), Angel Gonzales (2) (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | 95 | Judge Joseph L. Tauro : ORDER entered. as to John Pakala, Angel Gonzales (Abaid, Kim) (Entered: 08/02/2005) |
| 08/01/2005 | 101 | Writ of Habeas Corpus ad Testificandum Issued as to Angel Acevedo for August 8, 2005 in case as to Angel Gonzales. (Abaid, Kim) (Entered: 08/08/2005) |
| 08/03/2005 | 96 | NOTICE OF ATTORNEY APPEARANCE: Lisa Amatangel appearing for Angel Acevedo. (Abaid, Kim) (Entered: 08/04/2005) |
| 08/04/2005 | | Notice of correction to docket made by Court staff. Correction: Docket Entry 96 corrected because: Re-docketed Notice of Appearance using the correct event. Added the attorney to the docket as to John Pakala, Angel Gonzales. (Abaid, Kim) (Entered: 08/04/2005) |

| 08/05/2005 | 97 | MOTION in Limine as to Angel Gonzales. (Markham, Paul) (Entered: 08/05/2005) |
|---|---|---|
| 08/05/2005 | 98 | AMENDED EXHIBIT LIST by USA as to Angel Gonzales (Bower, Sandra) Modified on 8/8/2005 (Abaid, Kim). (Entered: 08/05/2005) |
| 08/05/2005 | 99 | AMENDED WITNESS LIST by USA as to Angel Gonzales (Bower, Sandra) Modified on 8/8/2005 (Abaid, Kim). (Entered: 08/05/2005) |
| 08/05/2005 | 100 | Opposition by USA as to Angel Gonzales re 97 MOTION in Limine (Asiaf, Lisa) (Entered: 08/05/2005) |
| 08/08/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered 97 Motion in Limine as to Angel Gonzales (2) is DENIED in open court after hearing. (Abaid, Kim) (Entered: 08/08/2005) |
| 08/09/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 2 as to Angel Gonzales held on 8/9/2005. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/11/2005) |
| 08/10/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 3 as to Angel Gonzales held on 8/10/2005. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/11/2005) |
| 08/10/2005 | 102 | Supplemental Jury Instructions as to Angel Gonzales by United States of America. (Abaid, Kim) (Entered: 08/11/2005) |
| 08/10/2005 | 103 | MOTION for Judgment of Acquittal as to Angel Gonzales. (Abaid, Kim) (Entered: 08/11/2005) |
| 08/10/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered 103 Motion for Judgment of Acquittal as to Angel Gonzales (2) is ALLOWED as to count 3 - Otherwise DENIED. (Abaid, Kim) (Entered: 08/11/2005) |
| 08/11/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Selection as to Angel Gonzales held on 8/8/2005. Government's openingstatement, evidence begins, day 1. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/11/2005) |
| 08/11/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 4 as to Angel Gonzales held on 8/11/2005. (Court Reporter Carol Scott.) (Lovett, Zita) |

| | | (Entered: 08/11/2005) |
|---|---|---|
| 08/11/2005 | ❍ | Electronic Clerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial as to Angel Gonzales held on 8/11/2005,Jury Verdict returned:Guilty as to count 2: Aiding and Abetting the Sale of Stolen Firearms. Disposition scheduled for October 19, 2005 at 10:00 a.m.(Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 08/11/2005) |
| 08/11/2005 | ❍ 104 | MOTION for Payment of Interim Fees as to Angel Gonzales. (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ❍ | Judge Joseph L. Tauro : Electronic ORDER entered granting 104 Motion for Payment of Interim Fees as to Angel Gonzales (2) (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ❍ 105 | EXHIBIT LIST by Angel Gonzales (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ❍ 106 | WITNESS LIST by Angel Gonzales (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ❍ 107 | COURT EXHIBITS as to Angel Gonzales (Abaid, Kim) (Entered: 08/15/2005) |
| 08/11/2005 | ❍ 108 | JURY VERDICT as to Angel Gonzales (2) Guilty on Count 2. (Abaid, Kim) (Entered: 08/15/2005) |
| 08/19/2005 | ❍ 109 | MOTION to Dismiss *Count Three of Superseding Indictment* as to John Pakalaby USA. (Bower, Sandra) (Entered: 08/19/2005) |
| 08/20/2005 | ❍ 110 | MOTION for Medical Treatment as to Angel Gonzales. (Markham, Paul) (Entered: 08/20/2005) |
| 08/31/2005 | ❍ 111 | MOTION for Transcripts as to John Pakala. (Donoghue, Eileen) Modified on 9/1/2005 (Abaid, Kim). Additional attachment(s) added on 9/6/2005 (Abaid, Kim). (Entered: 08/31/2005) |
| 08/31/2005 | ❍ 112 | MOTION to Continue *Trial Date and To Exclude Time Under Speedy Trial Act* as to John Pakala. (Donoghue, Eileen) Additional attachment(s) added on 9/6/2005 (Abaid, Kim). (Entered: 08/31/2005) |
| 09/06/2005 | ❍ | Notice of correction to docket made by Court staff. Correction: Docket Entries 111 and 112. corrected because: Replaced unsigned documents with corrected signed documents as to |

| | | |
|---|---|---|
| | | John Pakala. (Abaid, Kim) (Entered: 09/06/2005) |
| 09/07/2005 | ✪ | Judge Joseph L. Tauro : Electronic ORDER entered granting 111 Motion to Continue as to John Pakala (1); granting 112 Motion to Continue as to John Pakala (1) (Lovett, Zita) (Entered: 09/07/2005) |
| 09/12/2005 | ✪113 | MOTION to Continue Sentencing Hearing at least 30 days as to Angel Gonzales. (Abaid, Kim) (Entered: 09/14/2005) |
| 09/14/2005 | ✪ | Judge Joseph L. Tauro : Electronic ORDER entered granting 110 Motion for Medical Treatment as to Angel Gonzales (2) (Lovett, Zita) (Entered: 09/14/2005) |
| 09/15/2005 | ✪114 | Opposition by Plymouth County Sheriff's Department as to Angel Gonzales re 110 MOTION for Medical Treatment (Abaid, Kim) (Entered: 09/15/2005) |
| 09/22/2005 | ✪ | Judge Joseph L. Tauro : ElectronicORDER entered granting 113 Motion to Continue as to Angel Gonzales (2), THE DISPOSITION IS RE-SCHEDULED FOR November 21, 2005 at 11:30 a.m. (Lovett, Zita) (Entered: 09/22/2005) |
| 11/07/2005 | ✪115 | MOTION to Continue *Trial Date* to 12/14/2005 as to John Pakala. (Donoghue, Eileen) (Entered: 11/07/2005) |
| 11/07/2005 | ✪116 | Proposed Jury Instructions by USA as to John Pakala (Bower, Sandra) (Entered: 11/07/2005) |
| 11/07/2005 | ✪117 | Proposed Voir Dire by USA as to John Pakala (Bower, Sandra) (Entered: 11/07/2005) |
| 11/08/2005 | ✪ | Judge Joseph L. Tauro : ElectronicORDER entered granting 115 Motion to Continue as to John Pakala (1) (Lovett, Zita) (Entered: 11/08/2005) |
| 11/08/2005 | ✪ | NOTICE OF RESCHEDULING as to John Pakala Jury Trial set for 1/30/2006 10:00 AM before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 11/08/2005) |
| 11/16/2005 | ✪ | ELECTRONIC NOTICE OF RESCHEDULING as to Angel GonzalesSentencing set for 12/7/2005 11:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) Modified on 11/17/2005 (Abaid, Kim). (Entered: 11/16/2005) |
| 12/07/2005 | ✪122 | EXHIBIT AND WITNESS LISTS as to Angel Gonzales. (Attachment #(1) Witness List). (Abaid, Kim) Additional attachment(s) added on 1/12/2006 (Abaid, Kim). Modified on |

| | | |
|---|---|---|
| | | 1/12/2006 (Abaid, Kim). (Entered: 01/12/2006) |
| 12/07/2005 | ⦿ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Sentencing held on 12/7/2005 for Angel Gonzales (2), Count(s) 2, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 96 months. The Court recommends that the defendant serve this sentence at FMI Ft. Devens, Mass. and that the defendant participate in the 500 hour drug reatment and a mental health program. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The standard conditions of supervision will apply. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The defendant shall participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. A special assessment fee of $100 is to be paid. (Court Reporter Carol L. Scott.) (Abaid, Kim) (Entered: 01/17/2006) |
| 12/12/2005 | ⦿118 | TRANSCRIPT of Jury Trial Day One as to Angel Gonzales held on August 8, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/12/2005) |
| 12/12/2005 | ⦿119 | TRANSCRIPT of Jury Trial Day Two as to Angel Gonzales held on August 9, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/12/2005) |
| 12/12/2005 | ⦿120 | TRANSCRIPT of Jury Trial Day Three as to Angel Gonzales held on August 10, 2005 before Judge Tauro. Court Reporter: Carol Lynn Scott. The original transcripts are maintained in |

| | | the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 617/330-1377 or the Clerk's Office. (Scalfani, Deborah) (Entered: 12/12/2005) |
|---|---|---|
| 12/19/2005 | 121 | Letter (non-motion) regarding Counsel as to John Pakala (Abaid, Kim) (Entered: 12/19/2005) |
| 01/13/2006 | 123 | MOTION to Dismiss on Speedy Trial as to John Pakala. (Donoghue, Eileen) (Entered: 01/13/2006) |
| 01/13/2006 | 124 | MEMORANDUM in Support by John Pakala re 123 MOTION to Dismiss on Speedy Trial (Donoghue, Eileen) (Entered: 01/13/2006) |
| 01/15/2006 | 125 | Judge Joseph L. Tauro : ORDER entered. JUDGMENT and STATEMENT OF REASONS as to Angel Gonzales (2), Count(s) 2, The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 96 months. The Court recommends that the defendant serve this sentence at FMI Ft. Devens, Mass. and that the defendant participate in the 500 hour drug reatment and a mental health program. Upon release from imprisonment, the defendant shall be on supervised release for a term of 2 years. The standard conditions of supervision will apply. The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. The defendant shall cooperate in the collection of DNA as directed by the probation officer. The defendant shall participate in a program for substance abuse counseling as directed by the Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. The defendant is to participate in a mental health treatment program as directed by the United States Probation Office. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third-party payment. A special assessment fee of $100 is to be paid. (Abaid, Kim) Modified on 1/17/2006 (Abaid, Kim). (Entered: 01/17/2006) |
| 01/19/2006 | | Judge Joseph L. Tauro : Electronic ORDER entered denying 123 Motion to Dismiss for Speedy Trial as to John Pakala (1) (Lovett, Zita) (Entered: 01/19/2006) |
| 01/23/2006 | 126 | WITNESS LIST by USA as to John Pakala (Bower, Sandra) |

| | | |
|---|---|---|
| | | Modified on 1/24/2006 (Abaid, Kim). (Entered: 01/23/2006) |
| 01/23/2006 | ○127 | EXHIBIT LIST by USA as to John Pakala (Bower, Sandra) Modified on 1/24/2006 (Abaid, Kim). (Entered: 01/23/2006) |
| 01/26/2006 | ○128 | MOTION in Limine as to John Pakala. (Donoghue, Eileen) (Entered: 01/26/2006) |
| 01/26/2006 | ○129 | Proposed Voir Dire by John Pakala (Donoghue, Eileen) (Entered: 01/26/2006) |
| 01/27/2006 | ○130 | OPPOSITION to Motion by USA as to John Pakala re 128 MOTION in Limine (Attachments: # 1)(Bower, Sandra) Modified on 1/30/2006 (Abaid, Kim). (Entered: 01/27/2006) |
| 01/27/2006 | ○131 | REVISED EXHIBIT LIST by USA as to John Pakala (Bower, Sandra) Modified on 1/30/2006 (Abaid, Kim). (Entered: 01/27/2006) |
| 01/30/2006 | ○ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Voir Dire begun on 1/30/2006 John Pakala (1) on Count 1,1s,2s, (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/31/2006) |
| 01/30/2006 | ○ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Voir Dire held on 1/30/2006 as to John Pakala (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/31/2006) |
| 01/30/2006 | ○ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Selection as to John Pakala held on 1/30/2006 (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/31/2006) |
| 01/30/2006 | ○ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 1 as to John Pakala held on 1/30/2006. (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/31/2006) |
| 01/30/2006 | ○134 | Judge Joseph L. Tauro : ORDER entered. DISMISSAL OF COUNTS on Government Motion as to John Pakala. Counts dismissed: Three of the Superseding Indictment. (Abaid, Kim) (Entered: 02/02/2006) |
| 01/30/2006 | ○ | Judge Joseph L. Tauro : Electronic ORDER entered. ELECTRONIC ENDORSEMENT as to John Pakala: 128 Motion in Limine is DENIED AS MOOT. (Abaid, Kim) (Entered: 02/06/2006) |

| | | |
|---|---|---|
| 01/31/2006 | ❸ | ElectronicClerk's Notes for proceedings held before Judge Joseph L. Tauro :Jury Trial Day 2 as to John Pakala held on 1/31/2006 (Court Reporter Carol Scott.) (Lovett, Zita) (Entered: 01/31/2006) |
| 01/31/2006 | ❹135 | MOTION for Judgment of Acquittal as to John Pakala. (Abaid, Kim) (Entered: 02/02/2006) |
| 01/31/2006 | ❹136 | MOTION for Judgment of Acquittal as to John Pakala. (Abaid, Kim) (Entered: 02/02/2006) |
| 01/31/2006 | ❸ | Judge Joseph L. Tauro : Electronic ORDER entered denying 135 Motion for Acquittal as to John Pakala (1); denying 136 Motion for Acquittal as to John Pakala (1) (Abaid, Kim) (Entered: 02/02/2006) |
| 02/01/2006 | ❹137 | EXHIBIT - Jury Question 1 - as to John Pakala (Abaid, Kim) Modified on 2/6/2006 (Abaid, Kim). (Entered: 02/02/2006) |
| 02/02/2006 | ❹132 | WITNESS LIST as to John Pakala. (Abaid, Kim) (Entered: 02/02/2006) |
| 02/02/2006 | ❹133 | EXHIBIT LIST as to John Pakala. (Abaid, Kim) (Entered: 02/02/2006) |
| 02/02/2006 | ❹138 | JURY VERDICT as to John Pakala (1) Guilty on Count 1s,2s. (Abaid, Kim) (Entered: 02/02/2006) |
| 02/08/2006 | ❸ | NOTICE OF HEARING as to John Pakala Sentencing set for 5/8/2006 10:00 AM in Courtroom 20 before Judge Joseph L. Tauro. (Lovett, Zita) (Entered: 02/08/2006) |
| 02/10/2006 | ❸139 | NOTICE OF APPEAL by USA as to Angel Gonzales re 125 Judgment,,,,,,. Filing fee $ 255. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/2/2006. (Bower, Sandra) (Entered: 02/10/2006) |