**MANDATE**

03-10317
USDC MA
Tauro

# United States Court of Appeals
## For the First Circuit

No. 06-1467

UNITED STATES,

Appellee,

v.

ANGEL GONZALES, a/k/a Porky,

Defendant, Appellant.

---

### JUDGMENT

Entered: June 27, 2006
Pursuant to 1st Cir. R. 27(d)

Upon consideration of appellant's unopposed motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

issued and issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

*(signature)*
Deputy Clerk

Date: 6/27/06

By the Court:
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: _____
Chief Deputy Clerk

[cc: Angel Gonzales, Paul F. Markham, Esq., Sandra S. Bower, AUSA]